


## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
US COURTHOUSE
100 NE MONROE
309 FEDERAL BLDG.
PEORIA, IL 61602

TEL: 309-671-7117

**FILED**

FEB 0 5 2008

AEL W. DOBBINS
S. DISTRICT COURT

January 22, 2008

In Re: 08-1010
Strickland v. Daley, et al.

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN

Dear Clerk:

On January 22, 2008, an order by the Honorable Harold A. Baker, US District Judge, was entered transferring the above-mentioned case from this District Court to the US District Court, Northern District of Illinois.

Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: _____ and the password is _____ This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,
PAMELA E. ROBINSON, CLERK

By /s/ K. Burns
    Deputy Clerk

**RECEIPTED ACKNOWLEDGED ON:**

**BY**



22, CLOSED, PRISONER, PROSE, REFER

## U.S. District Court
### CENTRAL DISTRICT OF ILLINOIS (Peoria)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01010-HAB-JAG
### Internal Use Only

**FILED**
FEB 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Strickland v. Daley et al
Assigned to: Judge Harold A. Baker
Referred to: Magistrate Judge John A. Gorman
Demand: $120,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/09/2008
Date Terminated: 01/22/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Tyrone J C Strickland**
*Rev*

represented by **Tyrone J C Strickland**
N82016
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764
815-842-2816
PRO SE

V.

**Defendant**

**Richard M Daley**
*Former States Attorney of Cook County*

**Defendant**

**David A Erickson**
*Former States Attorney Special Assistant, County County*

**Defendant**

**Paula Daleo**
*Former States Attorney Special Assistant, County County*

**Defendant**

**Mark Rackozy**
*Former States Attorney, Assistant States Attorney*

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN

A TRUE COPY
ATTEST:
PAMELA E. ROBINSON, CLERK
BY: K. Burns
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 2/1/08

**Defendant**

William Hubner
*Officer*

**Defendant**

Edward Gross
*Officer*

**Defendant**

William Stutzman
*Officer*

**Defendant**

Marie Czech
*Assistant States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2008 | 1 | COMPLAINT against all defendants, filed by Tyrone J C Strickland.(CL, ilcd) (Additional attachment(s) added on 1/9/2008: # 1 Exhibit) (CL, ilcd). (Entered: 01/09/2008) |
| 01/09/2008 | 2 | PETITION TO PROCEED IN FORMA PAUPERIS and Complaint against all defendants, filed by Tyrone J C Strickland.(CL, ilcd) (Entered: 01/09/2008) |
| 01/09/2008 | 3 | MOTION to Appoint Counsel by Plaintiff Tyrone J C Strickland. Responses due by 1/28/2008 (CL, ilcd) (Entered: 01/09/2008) |
| 01/09/2008 | 4 | Letter requesting Trust Fund Ledgers to PCC from Clerk (CL, ilcd) (Entered: 01/09/2008) |
| 01/14/2008 |  | Remark:ALL NEF's re-generated to parties by clerk (HK, ilcd) (Entered: 01/14/2008) |
| 01/14/2008 | 5 | Prisoner Trust Fund Ledgers for the period of 7/9/07 - 1/9/08 from Pontiac Corr Center re: Plaintiff Tyrone J C Strickland (KB, ilcd) (Entered: 01/15/2008) |
| 01/16/2008 | 6 | Letter from plaintiff to Chief Judge re: e-filing. (KB, ilcd) (Entered: 01/22/2008) |
| 01/17/2008 | 7 | EXHIBIS/Supporting Evidence by Plaintiff Tyrone J C Strickland filed 1/17/08. (KB, ilcd) (Entered: 01/22/2008) |
| 01/22/2008 |  | TEXT ORDER Entered by Judge Harold A. Baker on 1/22/08. This cause is before the court for case management. Venue for federal civil rights actions brought under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b). According to that statute, such actions may be brought only in (1) the judicial district where any defendant resides (if all defendants reside in the same State), (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which |

| | | |
|---|---|---|
| | | any defendant may be found, if there is no district in which the action may otherwise be brought. It appears that a substantial part of the events or omissions giving rise to the plaintiffs claims occurred in Cook County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(c). It also appears from the complaint that all of the defendants reside in Cook County. Therefore, the court finds that venue over this proceeding consequently lies in the Northern District of Illinois, and that it is in the interests of justice that this cause be transferred there. See 28 U.S.C. § 1404(a). (cc: Plaintiff)(KB, ilcd) (Entered: 01/22/2008) |
| 01/22/2008 | 8 | Letter from U.S. Clerk's Office, Central District of Illinois, Peoria Division re: case number 08-1010 transferred to Northern District of Illinois along with certified copy of docket sheet, transfer order, and original pleadings filed. (cc: Plaintiff) (KB, ilcd) (Entered: 01/22/2008) |

Print Job for Kerin

Multi-Action Order
1:08-cv-01010-HAB-JAG Strickland v. Daley et al
22, PRISONER, PROSE, REFER

# FILED

FEB 0 5 2008

**U.S. District Court**

**CENTRAL DISTRICT OF ILLINOIS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Notice of Electronic Filing**

The following transaction was entered on 1/22/2008 at 9:23 AM CST and filed on 1/22/2008
**Case Name:** Strickland v. Daley et al
**Case Number:** 1:08-cv-1010
**Filer:**
**WARNING: CASE CLOSED on 01/22/2008**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER Entered by Judge Harold A. Baker on 1/22/08. This cause is before the court for case management. Venue for federal civil rights actions brought under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b). According to that statute, such actions may be brought only in (1) the judicial district where any defendant resides (if all defendants reside in the same State), (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. It appears that a substantial part of the events or omissions giving rise to the plaintiffs claims occurred in Cook County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(c). It also appears from the complaint that all of the defendants reside in Cook County. Therefore, the court finds that venue over this proceeding consequently lies in the Northern District of Illinois, and that it is in the interests of justice that this cause be transferred there. See 28 U.S.C. § 1404(a). (cc: Plaintiff)(KB, ilcd)

1:08-cv-1010 Notice has been electronically mailed to:

Scanning Project Pilot - Pontiac    michelle.r.clark@doc.illinois.gov, michelle.baggott@doc.illinois.gov

1:08-cv-1010 Notice has been delivered by other means to:

Tyrone J C Strickland
N82016
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN