Page 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

**FILED**

JAN 09 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Rev. Tyrone F.C. Stickland )
       **Plaintiff** )
        )
    vs. )Case No. O8-1010
        )U.S. District Court
Richard M. Daley, Illinois )Central District of Illinois
Cook County; David A. Erickson; )Urbana Division 301 S. Vine 218
Paula Daley; Mark Rackozy; )U.S. Courthouse Urbana Il 61861
William Hibbler; Edward Gross; )Plaintiff Request Service upon Respondents
and William Shutzner )Pursuant To: Fed. R. Civ. Proc. 5 (b)
Marie Czech    et al., **Defendant(s)** )
Assistant States Attorney
Room 309 Richard J. Daley Center   **COMPLAINT**
Chicago, Illinois 60602/(312)603-5496

■42 U.S.C. §1983 (suit against state officials for constitutional violations)

□28 U.S.C. § 1331 (suit against federal officials for constitutional violations)
[S.H.A. 50 ILCS 705/6.1] [50ILCS 705/6.1] § 6.1. Decertification of Full-time
and Part-time Police Officers. Sec. (a) (b) (c) (d) (e) (f) (g) (h);
The above officers & officers of the Court while under Oath, has Knowingly & Willfully made
False Statements as to a material fact during a homicide Proceeding. The Plaintiff Needs an
Investigation & Board Meetings to Review police officers conduct & records.
*Please note:  This form has been created for prisoners but can be adapted for use by
non-prisoners.*

      Now comes the plaintiff, Rev. Tyrone F.C. Stickland, and states as
follows:

My current address is: Pontiac Correctional Center, 700 West Lincoln
Street. P.O. Box 99 Pontiac Ill. IL of 53 Prison Pilot Project Max 61764
Library, E-Mail AT: mclarke @ Idoc. State. il. US, mbaggott@idoc. State.il.us

The defendant Richard M. Daley (00-CR596) is employed as Former States Attorney
of Cook County; office  at 300 Daley Center, Chgo.Il. 60602

The defendant Illinois,  , is employed as Cook County,
The State (County)  at America (312) 782-8830  (All) Inc.
         (312) 603-5496
The defendant David A. Erickson , is employed as Former States Attorney
Special Assistant, Cook County Atty. at 300 Daley Center, Chgo.Il 60602

(312) 603-5496

The defendant _Paula Daley_ , is employed as _Former States Attorney_
_Special Assistant, Cook County_ at _300 Daley Center, Chgo. IL. 60602_

The defendant _Mark Rachozy_ , is employed as _Former States Attorney_
_Assistant States Attorney_ at _300 Daley Center, Chgo. IL. 60602_
(revised 9/96)

The defendant _Officer William Hubner_ , is employed as _Officer / Sergeant_
at _Wheeling Police Dept. Wheeling, Illinois_

The defendant _Officer Edward Gross_, is employed as _Officer, Chgo Police Dept._
Additional defendants and addresses _1121 S. State Street, Chgo. IL. 60605_

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page. _The defendant Officer William Stutzman, is employed as_
_Officer (Sergeant Bill) at the, at Wheeling Police Dept._
_Wheeling Illinois_

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?          (Yes)        No ☐

If yes, please describe _Recently I filed A Title 28 U.S.C. 2254 Habeas_
_Corpus Writ, Case # No. 1:07 CV 1309 with heavy grounds in part, And_
_Judge Joel B. Mcdade on 12/13/2007 Dismissed without prejudica_
_in part (Hurd v. Anderson, 406 F.3d 357,369 (7th Cir. 2005) without any_
_Judgement on the merits of my Writs But with Instructions to Re-File_
_in a 42 U.S.C. 1983 Civil rights Action the related issues/grounds_
_therein. This Civil Rights Action Followed._

B. Have you brought any other lawsuits in state or federal court while incarcerated?

(Yes)        No ☐

C. If your answer to B is yes, how many? _(2)_   Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _Mr. Tyrone F.C. Strickland_

      Defendant(s) _Captain Demagang Supt. Sullivan et al._
      _of Cook County Jail, 2600 South Calif. 60608_ _Aves. Chgo._

   2. Court (if federal court, give name of district; if state court, give name of county)
      _Federal District Courthouse - Chgo. IL, 60601_
      _219 South Dearborn. I believe Approximately 1986-87._

_Also: Danville 1991-1994 Case No. 90-2380 Dct. I. 1995 Sup. Ct Appeal 94-9379 Livingston_
_Also: At present: Strickland v. Blagojevich et al. Central District Peoria IL._ _County_
_Case # Number 1:02 CV-01073 Livingston County. 61602_

3. Docket Number/Judge *Magistrate Robert I. Kauffman/Chief Harold A. Baker*

*Unknown / N/A    90-2280*

4. Basic claim made

*Violation of civil rights*

5. Disposition (That is, how did the case end. Was the case (dismissed? Was it appealed? Is it still pending?)   *90-2280   Swagins (1987 Approximately)*

*Dismissed in 1994 7th Circuit Court of Appeals. A prior did a Judgement order (Summary) was Affirmed 7th Circuit.*

6. Approximate date of filing of

lawsuit *1986/ August 1991 / Mar 2000 Present 07-1073*

7. Approximate date of disposition

*1987 Sept./ July 1994 (Current Litigation Pro Se)*

For additional cases, provide the above information in the same format on a separate

page. *Title 38 U.S.C. § 2254 Habeas Corpus Petition at present; U.S. District Court For Central District of Illinois Peoria Division; 61602  Strickland v Jones Warden Et AL. #07-1309*

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐

No ☑   If your answer is no, explain why not   *Not against Illinois Dept. of Cor.*

*This complaint is against States Attorneys former & presently, The County and Police officers for conclusive violations of my 5 and 14 Amendmt (Constitutional Violations) (Etc) also 4th Illegal search & seizure. Due process & Equal Protection of law rights. Eighth Amendmt rights were violated by the also right to be free from cruel & unusual punishment malicious prosecution, Torture during Police interrogation, slander Facially Detective charging instrumt enforcements Covert & overt Private area public C. Is the grievance process completed?   Yes ☐   No ☑ hats plucking etc.*

*my Brief was here sect. 42 U.S.C.A. § 1983 Action Lawsuit (YEARS OF APPEALS) of*

PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY *my criminal convictions*

*Lawsuits, I, three lawsuits were dismissed for lack of legal merits/this claim is more successful has legal foundation/merit.*

which allows Petitioner to sue state officials for constitutional violations. See Williams v. Wisconsin, 336 F.3d 576, 579 (7th Cir. 2003). Because habeas claims and § 1983 claims have different procedural requirements, including exhaustion of remedies and different filing fees, it is improper for this Court to re-characterize his claims. Glaus v. Anderson, 408 F.3d 382, 389 (7th Cir. 2005).

Consistent with Glaus, Plaintiff is HEREBY informed that his § 1983 claims, related to the medical care he received and is receiving, are DISMISSED WITHOUT PREJUDICE. Because these claims are dismissed without prejudice, this Court is not making a judgment on the merits of the case. Petitioner may refile these claims immediately by filing a Complaint pursuant to § 1983 (Petitioner should be familiar with this process as he already is pursuing a § 1983 case in this district, Strickland v. Blagoyevich, 1:07-cv-1073, currently before District Judge Baker). Petitioner should be aware that re-filing these claims will make them subject to various procedural requirements including the payment of a filing fee, exhaustion of administrative remedies, and the three strikes rule imposed by the Prison Litigation Reform Act. See 28 U.S.C. § 1915(g).

Finally, Petitioner is informed that his single habeas claim, that he is actually innocent of the crimes for which he stands convicted, is NOT dismissed at this time. In accordance

5

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*

*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*

*ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS*

*RELATING TO YOUR GRIEVANCE. (SEE Exhibits herewith)*

NOTE: Grievances are not needed for me to proceed in suit against the State, County, public officials acting under color of State law; Acts & omissions sufficiently harmful to evidence

*Estelle v. Gamble*
supra 429 U.S. at 104, 97 S. Ct. at 291

were committed by herein defendant(s) / respondent(s) which are jointly liable (Joint Liability Claim) submitted here & new; Conspiracy claim in that in the name of the people of the State of Illinois tried to legally murder me through the death penalty in Cook County Illinois - organized crime conduct against me also in that Head States Attorney 1985-86-87-88 to & bay and my subsequent servient of death in 1988 Richard M. Daley who later

*Dones v. Morris*
777 F.2d. 1273, 1380

became mayor of Chicago, His office assigned Special Prosecutor's David Frickson & Paula Daley; Cook County Prosecutors Sought the death penalty After violation of my Due Process of law rights) Equal Protection of law rights were violated cruel & unusual punishment ensued 5, 14, 7 8th amendment's of the fatally defective charging N Statement Indictment (83) when it was only 6 by called Criminal actions the Defendant's officials acted with Deliberate Indifference to my welfare & to my right to be free from cruel/unusual punishment etc; Knowledge & Acquiescence mayor Richard M. Daley of Capital Case Indictment Information Has name is Thereupon. Tortured at The Police Station personally by States Attorney mark Dackery & officer William Hubner 1st District Police Station Cook County Chicago Illinois during interrogation I was bleeding from the Chin from a bullet wound caused by Sgt. William Stateman of the Wheeling Police force November 5th 1985 I 5th suffer mental anguish today officer Edward Gross Shot at me that same night later perjuring himself saying that I had shot at him, claim, Reckless Endangerment in the Criminal sense. False Testimony at trial made it a conspiracy to murder me while acting under color of State Law, I was facing the death penalty. I was later sentenced to 20 years cause of him & the gun it was arrested with was fully naked Acts & omissions sufficiently harmful to Evidence Estelle. Walsh v. Mehas 837 F.2d 789 Then on appeal 733 F.3d 473. This Civil Rights Action is not subject to exhaustion of State Remedies 42 Section 1983 U.S.C.A.

*Rodriguez v. McGinnis, 456 F.2d 79, 80 (1973)*

## STATEMENT OF CLAIM

Place of the occurrence _State of Illinois County of Cook. Chicago Illinois._
_Wheeling Illinois Stutzman Shit me, 1st Dist. Police Station_
_10/18/2008  I was Tortured 11/6/85_

Date of the occurrence _Dates of occurence 11/5/85, 12/13/85 and faith before Grand Jury State_
_Area one Headquarters Chicago Police Department 11/4/1985 - 88-0001_

Witnesses to the occurrence _I the Plaintiff & the victim also, Rev. Strickland, Tyrone  07_

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

This is a case of prisoner mistreatment, the infliction of suffering on prisoners
can be found to violate the Eighth Amendment. And in this case the infliction is deliberate
+ reckless in the criminal sense. Each defendant is involved. Cook County prosecutor's i.e.
Cook County States Attorney's, Richard M. Daley, Paula Daleo, David A. Erickson
Marie Czech, & Mark Rackozy engaged in a malicious prosecution against me
& are jointly liable by knowledge & acquiescence of my wrongful incarceration
during his/her tenure as States Attorney's 1985-1988 etc, failure to change the
Bad fatally defective Indictments #3 in all (alleging alternative theories)
Officials acted with deliberate indifference to my welfare, acts & omissions were
sufficiently harmful to the evidence, violating of my due process rights & equal
protection of the law 5, 14 & 8th Amend. Erickson & Daleo followed practices &
procedures of Daley's Office. The Grand Jury Foreman brought back a "True Bill" 12/17/85
for eight alleged offenses for eight alleged victims & the State Attorney's Office
acting in Bad Faith added 15- additional Indictments 1999-2001 Rackozy 2/1/2003
Czech kept up the injustice, & is an accomplice to my wrongful incarceration
10/18/2008 she stated "This is not a whodunit" Czech said "Tyrone Strickland
said 'I did it.'" Quote; Unquote Daily Herald Chicago's information source etc,
Czech told the Illinois Prison Review Board Panel (Slades) as I was up for a
                    (a step onote; I had been wrongfully convicted in the first place)
review to get clemency & tollands executive clemency. That his "reckless endangerment
in the criminal sense." "Deliberate Indifference to my life & safety & my right to be
free from cruel & unusual punishment 8th Amendment violations 5 & 14 Amend.
to due process of law. Violations. Hubner & Rackozy tortured me 8 Amend. Violations.
During police interrogation 1st Dist. Police Station pressuring my injured right foot etc,
+ Area one Headquarters. B. (5th & 14 Amend. Right violations also).

My Encarceration & detention there fore has been invalid. I Hyperventilated after being Stomped by an officer while handcuffed to a wall also (his name) I don't know. Wrongful Incarceration, "Reckless Endangerment" in the Criminal Sense. Conspiracy & Joint liability. Racketeer Screwpulosity harmed my right to remain silent ignored Miranda warnings. "Deliberate Indifference" arose to my Serious medical needs. Bullet hissed to my Chin (Shot by officer) (Stutzman) and a Wound to my right foot (accidental discharge) at the 9mm — one in the chamber — bullet into right floor board at Larry's Blue Torego Shrapnel Caused pain & Swelling. officer Hubner & Rackozy Both put pressure on my Painful foot during interrogation on the Night of my arrest 1St. Dist. Police Department "Reckless Endangerment" in the Criminal Sense. (a Conspiracy) also Deliberate Indifference to my Welfare & to my Right to be free from Cruel & Unusual Punishment And the Wrongful incarceration resulted in the Wrongful Convictions! Chicago Police officer Edward Gross had Shot at me (acted in bad Faith) acts & omissions Sufficiently harmful to the Evidence under (while under Oath made, knowing 6/13 will imply made false statements to a material fact) he (Gross) testified that i'd Shot at him being Estelle V. Gamble Gross V. marcus 777 F 2d. 1277, 1280 439 U.S. at 104, 97 S. Ct. at 291. I did not Shoot at Officer Gross one!

+ Aron and head Wounders

During A Homicide proceeding!

FOOT NOTE :
I was a citizen during the time, Not Convicted Yet Due Process Severely Violated! (815) 842-2816

Rev. Tyrone E.C. Strickland Pro Se
AFFIANT

Dist. E.C. P.O. Box 99
700 W. Lincoln St.
Pontiac Illinois 61764

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/1-109, I declare, under penalty, that everything Contained herein is True & Correct to the best of my knowledge & Belief. I do declare & put forth that the matter at hand is Not Taken either Frivolously or maliciously & that I Believe this foregoing matter is put forth in good Faith, by.

SIGNED ON THIS    1st    day of    February    200 8

Rev. Tyrone E.C. Strickland # 40001 Pro Se
ΔΑΑΣΔΑΝΤ

6½

Page 6½ Statement of Claim:    Additional Page.

GROUNDS: THE FOLLOWING OCCURENCES VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHTS: FOURTH, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION...

1. Upon my Arrest I was taken to 1st. District Police Department I'd already had two injuries, the right foot, due to (an accidental discharge of a 9mm); an insult to my Chin, (Shot by Officer William Stutzmans (WHILE TRYING TO SURRENDER. Denied Legal Counsel also I was Stomped in the Chest by an officer to point of hyperventilation. U.S.C.A. Const. Amends. 5, 6, 8, and 14;

2. Transpirted to area one headquarters, Chin still bleeding not having recieved any stitches; I did ask for a Lawyer & a Doctor & was told, IF you talk to us we'll get you help, And a Lawyer. State Attorney Mark Rackozy & Officer William Hubner tortured defendant / thou the Plaintiff by putting pressure on my foot during the course of interrogation. U.S.C.A. Const. Amends. 4, 5, 6, 8, & 14;

3. Officer William Hubner in Cahoots with the Prosecution took — misconstrued & falsified statements out of Plaintiff & Codefendt. Larry (which HAD BEEN LATER SUPPRESSED): BEFORE THE GRAND JURY Hubner then Testified to Secure Alternative Theory Indictments. States Attorney Richard M. Baley's program ended up with 23 INDICTMENTS Rather than APPROX. 8. U.S.C.A. Const. Amend 5, 6, 8, 14;

4. The Grand Jury foreman brought back a "true bill" for Eight alleged offenses & the Special Prosecuting Attorney's Paula Daleo and David Erickson, ACTED IN BAD FAITH! Adding fifteen additional Charges, Charging me with multiple counts of murder when there was only one alleged murder victim, the State assered alternative theories against myself & Larry. U.S.C.A. Const. Amends. 5, 8, 7, 14.

5. The court ordered during Discovery over defense objections (Plaintiff) Strickland; THE PLUCKING OF 25-PUBIC HAIRS, At Erickson & Daleos, behest after which Plaintiff had to submit 25-pubic hairs to medical Personnell from our private Area. WHEN THERE WAS NO RAPE CHARGE IN ANY INDICTMENT, was cruel & inhuman. And a States Witness was allowed to testify that she'd been searching for her missing daughter for days. Claimed that she'd observed a Defendant in my case. U.S.C.A. Const. Amends. 4, 5, 8, & 14. See:
FOOT NOTE: PEOPLE v. MOBLY 183 Ill. 2d 404, 413, 656 N.E.2d 30. 338 (1998). Police misconduct Proven. United States v. Agurs, 427 U.S. 97 (1976) Witness told Prosecutor defendant Was definately not the Shooter, No-Eyewitness.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I seek punitive damages of 10.000.000 from the County States Attorney's office Budget. + Richard M. Daley, Daley Fricken from office (Sgt. William Stutzman # 25.000. For Shooting me) From office (Edward Cross 25.000. For Shooting at me) and for perjury against me Contributing to me recieving the death penalty. Mark Mackory # 1.000.000 (one-million dollars each) Ta bring me William Kubner # 1.000.000 (one-million dollars each) Ta bring me Marie Czech 25.000 dollars   Sought to maintain my death sentence For violations of my Constitutional rights 8th etc. All of the above named Defendants 8th Amend, # Medications 5. 4th Amd, Illegal Search & Seizure, cruel & unusual punishment. 5. 14. Violations Due Process & Equal Protection of Law. (25-public-hairs) mental Anguish-death penalty rights.

**JURY DEMAND**        Yes  ■       No  ☐      mental anguish-consecutive Sentences imposed against wrongful Incarceration and malicious Prosecutions

Signed this ___1st___ day of ~~January~~ ~~2008~~,
19 _N/A_.

Scanning Pilot Project-Pontiac mclarle @idoc.state.il. 2.5, mhaggart@idoc.state.il.215

*( Signature of Plaintiff)*

Rev. ~~Jerome~~ I.C. ~~Strickland~~ Rose

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Rev. Jerome I.C. Strickland | # N-82016 |
| **Address:** I. inmate maiI/parcels P.v. Box #99 700 W. Lincoln Street Pontiac, IL. 61764 | **Telephone Number:** Pontiac Correctional Center; Counselor is mr. wites (815) 842-2816 For (Spec) |

*Tyrone J.C. Strickland's
Exhibit #
1/1/2008*

Docket No. *PE:E.C.# 23719*

## ILLINOIS PRISONER REVIEW BOARD

### Autumn Term 2002

IN RE THE MATTER OF:              )
                                  )
TYRONE STRICKLAND,                )
                                  )
          Petitioner.            )

~~SUPPLEMENTAL CLEMENCY PETITION~~

*Exhibit
sec 43 n.s.c. 1983
Action by Rev. Strickland
1/1/08*

ROBERT N. MARKFIELD
Assistant Defender
Office of the State Appellate Defender
Fourth Judicial District
400 South 9th Street, Suite 102
P.O. Box 5750
Springfield, IL 62705-5750
(217) 782-3654

*Monroe St
now off c. is
now off 01*

REPRESENTATIVE FOR PETITIONER

Docket No. _____ 𝔰3 71 4 _____

ILLINOIS PRISONER REVIEW BOARD

Autumn Term 2002

IN RE THE MATTER OF:                    )
                                        )
TYRONE STRICKLAND,                      )
                                        )
              Petitioner.               )

## SUPPLEMENTAL CLEMENCY PETITION

In addition to the reasons supplied in the original clemency petition and the *pro se* attachment, the following ground is asserted as basis for clemency.

# I.

**RESIDUAL DOUBT EXISTS AS TO TYRONE STRICKLAND'S GUILT WHERE (A) FIVE PROSECUTION EYEWITNESSES TESTIFIED THAT THE GUN WAS FIRED BY THE DEFENDANT'S BROTHER OR (B) IF TYRONE STRICKLAND FIRED THE GUN, THE EVIDENCE DOES NOT PRECLUDE THE POSSIBILITY THAT THE FIRING WAS ACCIDENTAL.**

Tyrone Strickland should not be put to death because residual doubt remains as to his guilt. Though reasonable doubt is the time-honored standard for criminal convictions, a defendant should not be executed unless that State has established guilt at a level of certainty. *See* Preamble, *Report of the Governor's Commission on Capital Punishment*, (April, 2002) (if capital punishment is to continue to be imposed "a higher degree of confidence in the outcomes" must be achieved). This the State has failed to do in two regards:

The State failed to prove to a certainty that (A) Tyrone Strickland, rather than brother Larry Strickland, was the person who shot and killed Officer Kenneth

-1-

Dawson or (B) that if indeed the shooting was done by Tyrone Strickland, that the shooting was non-accidental.

**(A)**

**TYRONE STRICKLAND SHOULD NOT BE PUT TO DEATH BECAUSE RESIDUAL DOUBT EXISTS AS TO WHETHER IT WAS HE, RATHER THAN HIS BROTHER LARRY, WHO SHOT AND KILLED OFFICER KENNETH DAWSON.**

The Illinois Supreme Court noted that <u>all five prosecution witnesses</u> gave testimony identifying Larry Strickland, rather than Tyrone Strickland, as the shooter. (Emphasis added.) The Supreme Court summarized this evidence as follows:

> <u>At trial, several prosecution witnesses provided testimony that supports the defendant's contention.</u> These witnesses, including Christine Hodge and Rex Orton, Jr., another resident of the neighborhood where the murder occurred, testified that the shooting was committed by a short man in a tan or gold coat who was wearing a bandanna. According to the evidence, that person would have been Larry Strickland; the defendant was larger than his brother and was wearing a dark coat and a dark-colored stocking cap. Another prosecution witness, Robert Neil, an off-duty Des Plaines police officer, also gave testimony supporting the defense theory that Larry was the gunman. Prior to the shooting, Neil saw Dawson struggling with a man wearing a bandanna and a light-colored coat; they were out of Neil's line of sight when the shot was fired.
>
> In further support of that theory, the defense presented the testimony of Carol Dalton. On the evening of the murder, <u>Carol Dalton</u> was driving with a friend and looking for her daughter when she noticed Officer Dawson's marked police car. <u>Believing that her daughter might be with the officer,</u> Dalton had her friend follow the squad car. From a distance of 170 to 200 feet, Dalton saw Dawson's encounter with the two offenders. According to Dalton's testimony, one of the men disappeared behind a building while the officer struggled

-2-

with (the other man) who was wearing a gold or yellow jacket; Dalton heard a gunshot and then saw the officer fall to the ground. As we have stated, the person in the yellow jacket would have been Larry Strickland, (and not) the defendant. *[handwritten: Tyrone F.C. Strickland #N-83016 Plaintiff January 1st 2008  1/1/2008]*

In further support of this contention, the defendant notes that Donald Hamburg, whose car the defendant and Larry commandeered in Buffalo Grove, testified that during the trip to Chicago, one of the offenders, whom Hamburg later identified as Larry, asked the other offender, apparently the defendant, whether the defendant had seen what Larry had done to the slain officer. Finally, the defendant suggests that his confession was the product of ~~psychological~~ coercion, noting that this was the unsuccessful ground on which he had sought its suppression in this case.

*[handwritten left margin: Testimony Coercion also Clutch 8% Situation]*

*[handwritten right margin: Correction By ↓Rev. Strickland 1/1/08  torture i.e.]*

*People v. Tyrone Strickland*, 154 Ill.2d 489, 519-520, 609 N.E.2d 1366, 1379- 1380 (1992) (emphasis added).

Furthermore, Larry Strickland had a history of violence, but Tyrone Strickland did not. Larry Strickland has a 1974 conviction for murder and a 1984 conviction for obstructing a police officer. During his incarceration, Larry Strickland was convicted of aggravated battery and unlawful possession of a weapon by a person in D.O.C. *People v. Larry Strickland*, 283 Ill.App.3d 319, 321, 668 N.E.2d 1201, 1201-1202 (4th Dist. 1996). Tyrone Strickland, by contrast, incurred no prior or subsequent convictions for crimes of violence. *See People v. Tyrone Strickland*, 154 Ill.2d at 535, 609 N.E.2d at 1386 ("[t]he defendant's prior record was relatively brief, consisting of a conviction for burglary."). It is notable that two of the Strickland siblings, Clementine Carver and Alma Strickland, filed post-conviction affidavits asserting that Tyrone was a gentle and kind person, though brother Larry was violent and dangerous. *See* Supp Ex. 1 ("This is

*[handwritten left margin: Partly credible utilizing Larrys Childhood mistakes to line up the situation set-ups by (mob)]*

*[handwritten bottom: Influences Lots of what ticked him off before 11/5/1985 and after our imprisonment]*

*[handwritten right bottom: Rev. Tyrone F.C. Strickland 1/1/2008]*

-3-



*4/1/08* Plaintiff's Exhibit # NB3016
*Rev. Tyrone T.C. Strickland*

something I might have expected from Larry, but certainly not from Tyrone. Larry

has always been the one to get into trouble, but not Tyrone. I have always felt

that Tyrone might have been influenced or manipulated by Larry.") *See also*

Supp. Ex. 2 ("I firmly believe that Tyrone would not have been in that situation

had it not been for Larry. Larry and Tyrone are very different, like night and day.

I believe that Tyrone is the one who could have been manipulated and deceived

. . . by Larry.")

In sum, it is rare indeed for all five prosecution witnesses to provide

testimony pointing to another man as the shooter. It is also noteworthy that that

other man had a history of violence, whereas the defendant had none. Because

residual doubt exists, the defendant urges that clemency be granted and the

possibility of execution be eliminated.

*[handwritten left margin: I Testified to accidental shooting to save my Brother's life, their was a mob conspiracy against Larry ↓ Myself though they wanted Larry more than me!]*

**(B)**

**TYRONE STRICKLAND SHOULD NOT BE PUT TO
DEATH BECAUSE RESIDUAL DOUBT EXISTS AS TO
WHETHER THE SHOOTING WAS NON-ACCIDENTAL.**

The State never proved at the level of certainty that the shooting was

intentional. Tyrone Strickland stated that he fired the gun, but that it was an

accident. Tyrone Strickland testified that his brother Larry threw his gun into the

grass during his altercation with Officer Dawson. Tyrone Strickland testified that

he retrieved the gun in order to surrender it to the Officer and that the gun went

off accidently when Officer Dawson's arm inadvertently hit the defendant's arm.

*People v. Tyrone Strickland*, 154 Ill.2d 489, 501, 609 N.E.2d 1366, 1371 (1992).

*[handwritten annotations: false! / Attorney Markfield fabricates ↑ also mob influenced lie / I did Not stabe as such. / this is what I Testified to / Rev. T.Y. To save Larry's Life!]*

*[handwritten bottom: Rev. Tyrone T.C. Strickland # NB3016 / Stated witness minus Robert Neil were Not credible concerning the shooting]*

-4-

*[handwritten bottom right: At my Trial before I Testified. I couldn't let Larry Live! / as it's immoral or it's immoral / that mobs murder my Brother acting under color of law! Rev. T.Y.]*

In support of this account, the defendant reiterates that he had no history of violence whatsoever. While the trial judge ruled that the defendant's version did not constitute reasonable doubt, the defendant believes that imposition of death requires certainty, not merely the absence of reasonable doubt. One cannot say with certainty that the shooting, if done by Tyrone Strickland, was non-accidental. Because residual doubt exists, the defendant urges that clemency be granted and the possibility of execution be eliminated.

Respectfully submitted,

TYRONE STRICKLAND, Petitioner

By: _Robert N. Markfield_

ROBERT N. MARKFIELD
Assistant Defender
Office of the State Appellate Defender
Fourth Judicial District
400 S. 9th Street, Suite 102
P.O. Box 5750
Springfield, IL 62705-5750
(217) 782-3654

*Shilster ; a crook tried to assist both the mob and Tyrone at the same time!*

-5-

**SUPPLEMENTAL EXHIBIT 1**

IN THE CIRCUIT COURT FOR THE COUNTY OF COOK
COUNTY DEPARTMENT -- CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Collateral Appeal from |
| | ) | Illinois Supreme Court |
| Plaintiff – Respondent, | ) | No. 67201 |
| | ) | |
| | ) | |
| vs. | ) | No. 85-C-13416 |
| | ) | |
| TYRONE STRICKLAND, | ) | Hon. Fred. G. Suria |
| | ) | Judge Presiding |
| Defendant – Petitioner. | ) | |
| | ) | |

### AFFIDAVIT OF CLEMENTINE CARVER

I, Clementine Carver, after being duly sworn do hereby state the following under oath, TO WIT:

1.  I am Tyrone's older sister and I have known him all his life.

2.  I lived with the family through 1969. When they moved to Chicago Heights, I stayed in the Chicago area and got my own place.

3.  In 1968 there was a house fire that claimed the life of our younger brother Robert Lee Strickland. At the time I recall Tyrone was a young child, approximately three and one half years old. I recall that the fire was extremely stressful on the entire family. My mother was most devastated by the fire and by the death of Robert.

4.  After the fire my mother withdrew and was very depressed. It left the rest of us children questioning if we were as important to her as Robert had been.

5.  ~~I have always known Tyrone to be a kind-hearted, good~~  ∂.ε.

1007

E-FILED
Wednesday, 09 January, 2008  12:37:38 PM
Clerk, U.S. District Court, ILCD

# SUPPLEMENTAL EXHIBIT 1

IN THE CIRCUIT COURT FOR THE COUNTY OF COOK
COUNTY DEPARTMENT -- CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | Collateral Appeal from |
| | ) | Illinois Supreme Court |
| Plaintiff - Respondent, | ) | No. 67201 |
| | ) | |
| | ) | |
| vs. | ) | No. 85-C-13416 |
| | ) | |
| TYRONE STRICKLAND, | ) | Hon. Fred. G. Suria |
| | ) | Judge Presiding |
| Defendant - Petitioner. | ) | |
| | ) | |

### AFFIDAVIT OF CLEMENTINE CARVER

I, Clementine Carver, after being duly sworn do hereby state the following under oath, TO WIT:

1. I am Tyrone's older sister and I have known him all his life.

2. I lived with the family through 1969. When they moved to Chicago Heights, I stayed in the Chicago area and got my own place.

3. In 1968 there was a house fire that claimed the life of our younger brother Robert Lee Strickland. At the time I recall Tyrone was a young child, approximately three and one half years old. I recall that the fire was extremely stressful on the entire family. My mother was most devastated by the fire and by the death of Robert.

4. After the fire my mother withdrew and was very depressed. It left the rest of us children questioning if we were as important to her as Robert had been.

~~5. I have always known Tyrone to be a kind-hearted, good~~ ∂.૨.

5.  I have always known Tyrone to be a kind-hearted, good-spirited, likeable person.  Tyrone has always been very intelligent and is the only boy from our family to have graduated from high school.  I always thought that Tyrone would go on to make something of himself.

6.  When I first heard that Tyrone had been picked up by the police for this incident, I was very confused.  This is something that I might have expected from Larry, but certainly not from Tyrone.  Larry has always been the one to get into trouble, but not Tyrone.  I have always felt that Tyrone might have been influenced or manipulated by Larry with regards to this incident.

7.  I was contacted by Tyrone's trial attorney and I was present in the courtroom at the time of Tyrone's sentencing hearing.  I would have most certainly been willing and available to testify on Tyrone's behalf at his sentencing hearing, had I been asked.

Further I say not,

*The State Coerced my Sister into This Affidavit along with my defense Attorney Conspiracy against my Brother Larry*

Subscribed and sworn to before me this _17_ day of January, 1995.

_____
Notary Public

*MEMO: The State had a Conspiracy against Larry my co-defendant I testified to save Clementine Carver his Life*

Clementine Carver

*(states witnesses)*
*5- lied minus Coercion*
*1- Robert Mays Catch DA told the truth Situation (*
*4- doubts as to the credibility of their testimony*

*Rev. T.Y. }*

*1/1/ 3018*

*those were trying times Mob infested Proceedings*

OFFICIAL SEAL
JEFFREY M. ENO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-98

**SUPPLEMENTAL EXHIBIT 2**

which allows Petitioner to sue state officials for constitutional violations. See Williams v. Wisconsin, 336 F.3d 576, 579 (7th Cir. 2003). Because habeas claims and § 1983 claims have different procedural requirements, including exhaustion of remedies and different filing fees, it is improper for this Court to re-characterize his claims. Glaus v. Anderson, 408 F.3d 382, 389 (7th Cir. 2005).

Consistent with Glaus, Plaintiff is HEREBY informed that his § 1983 claims, related to the medical care he received and is receiving, are DISMISSED WITHOUT PREJUDICE. Because these claims are dismissed without prejudice, this Court is not making a judgment on the merits of the case. Petitioner may refile these claims immediately by filing a Complaint pursuant to § 1983 (Petitioner should be familiar with this process as he already is pursuing a § 1983 case in this district, Strickland v. Blagoyevich, 1:07-cv-1073, currently before District Judge Baker). Petitioner should be aware that re-filing these claims will make them subject to various procedural requirements including the payment of a filing fee, exhaustion of administrative remedies, and the three strikes rule imposed by the Prison Litigation Reform Act. See 28 U.S.C. § 1915(g).

Finally, Petitioner is informed that his single habeas claim, that he is actually innocent of the crimes for which he stands convicted, is NOT dismissed at this time. In accordance

5

Exhibit

Docket No. #03719

ILLINOIS PRISONER REVIEW BOARD

Autumn Term 2002

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) |
| TYRONE STRICKLAND, | ) |
| | ) |
| Petitioner. | ) |

## AFFIDAVIT OF PROOF OF SERVICE

To:   Illinois Prisoner Review Board        Tyrone Strickland
      319 East Madison, Suite A               Register No. N-82016
      Springfield, IL 62701                   Box 711
                                              Menard, IL 62259

Representative for Petitioner states on oath that the original and three copies of the Supplemental Clemency Petition were delivered to the Illinois Prisoner Review Board, and that the Petitioner was provided with one copy of the petition by depositing the copy in the mail in Springfield, Illinois, with sufficient prepaid postage and addressed as indicated above on this ___ day of October, 2002.

NOTE: Rev Tyrone J.C. Strickland pro se was granted Executive Clemency January 11, th 2008 more than 4/years 11 months ago be 5/years this month since Life Sentence without possibility of parole c.c. criscross 1/11/08 this year of Parole

ROBERT N. MARKFIELD
Assistant Defender
Office of the State Appellate Defender
Fourth Judicial District
400 South 9th Street, Suite 102
P.O. Box 5750
Springfield, IL 62705-5750
(217) 782-3654

REPRESENTATIVE FOR PETITIONER

SUBSCRIBED AND SWORN
to before me this ___ day
of October, 2002.

NOTARY PUBLIC

OFFICIAL SEAL
**CANDICE REMINGTON**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-26-2004

CHICAGO POLICE DEPARTMENT

CRIME LABORATORY DIVISION

1121 SOUTH STATE STREET, CHICAGO, ILLINOIS 60605

# LABORATORY REPORT

4 December 1985

Wheeling, Ill. P.D. Case No. 85-1(

C.C.S.P.D. Case No. 368054

C.P.D. R.D. No. G-442986

Case No. 85-1199
P.O. Kenneth Dawson #123                    Death Investigation
P.O. William Stutzman #131                  Aggravated Battery
P.O. Edward Gross #7410                      Aggravated Battery

Case No. 5F-10049
Larry Strickland                            Firearm Investigation

Case No. 5F-10097
P.O. William Stutzman #131                  Firearm Investigation
_Police Officer Stutzman shot Rev. Strickland (Chin wound to the face)._

Case No. 5F-10098
Tyrone Strickland _Strickland was wounded_   Firearm Investigation

On (6) November 1985, the following evidence submitted by the individuals
specified, was received at the Firearms Identification Unit, Crime
Laboratory Division, Chicago Police Department.

### T. Melko #11558, M. McGuire #2580, C.P.D. Unit 177.

1.  One (1) sealed evidence envelope, containing one (1)
    .38 Special caliber fired bullet, (A) 85-1199.
    (Recovered from C.F.D. Vehicle #642 at 1 East Congress).

2.  One (1) sealed evidence envelope, containing one (1)
    .38 Special caliber discharged cartridge case (M) 85-1199.
    (Found on sidewalk at 516 South State Street).

### J. Murphy #9612, C.P.D., Unit 177.

3.  One (1) sealed Medical Examiner's Office Bullet Envelope
    #113-November-1985, containing one (1) .38 Special caliber
    fired bullet (B) 85-1199.

### J. Doran # 8789, C.P.D., Unit 177.

4.  One (1) .38 Special caliber, Colt, Commando, Revolver,
    Serial No. 49200, 5F-10049.

5.  Five (5) .38 Special caliber, discharged cartridge cases,
    (N,O,P,Q,R) 85-1199.

6.  One (1) .38 Special caliber live cartridge, (S) 85-1199.
    (Primer Indented).

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                VS                          NUMBER 85C01341602

Rev.  TYRONE J.C. STRICKLAND                    EXHIBIT

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION result of
with the Clerk of the Circuit Court.                    12/13/85
                                          (Grand Jury minutes)
                                                X    Bogus
Charging the above named defendant with:   These Were The Charges  Alternative

    38-9-1-A(1)              F   1   MURDER  only      Theories thereof
    38-9-1-A(2)              F   2   MURDER  one       #Illegal obtained
    38-9-1-A(3)              F   3   MURDER  Alleged   (15 Extra Indictments)
    38-9-1-A(3)              F   4   MURDER  Vicium    un constitutional
    38-19-3                  F   5   RESIDENTIAL BURGLARY  Dismissed 3/9/88
    38-19-3                  F   6   RESIDENTIAL BURGLARY  Dismissed 3/9/88
    38-8-4(38-9-1)           F   7   ATT (MURDER) that 2 man
    38-10-1                  F   8   KIDNAPPING 1
    38-10-1                  F   9   KIDNAPPING 2       @ Donal Hamburg
    38-10-1                  F   10  KIDNAPPING 3       @ David Dulvall
    38-9-1-A(3)              F   11  MURDER / same person  @ Daniel Johnson
    38-18-2-A            X   F   12  ARMED ROBBERY gun      3-people
    38-10-2-A(5)            F   13  AGGRAVATED KIDNAPPING 4   8-Indictments
    38-10-2-A(5)            F   14  AGGRAVATED KIDNAPPING 5   Alleging
    38-10-2-A(5)            F   15  AGGRAVATED KIDNAPPING 6   Alternative
    38-10-2-A(2)            F   16  AGGRAVATED KIDNAPPING 7   Theories
    38-10-2-A(3)            F   17  AGGRAVATED KIDNAPPING 8
    38-18-2-A            X   F   18  ARMED ROBBERY of A Car
    38-10-3-A                F   19  UNLAWFUL RESTRAINT 9      8+3=
    38-10-3-A                F   20  UNLAWFUL RESTRAINT 10     + 11
    38-10-3-A                F   21  UNLAWFUL RESTRAINT 11     Additional
    38-8-4(38-9-1)           F   22  ATT (MURDER) Gross = Total
    38-33A-2/I               F   23  ARMED VIOL (CAT I WPN)

(was Chapter 38; 1985 25 years ago)    (Malicious Prosecution!)
The following disposition(s) was/were rendered before the Honorable Judge(s):

12/10/85 IND/INFO-CLK OFFICE-PRES JUDGE          12/10/85 1701
         FITZGERALD, RICHARD J.
12/10/85 APPEARANCE FILED
         FITZGERALD, RICHARD J.
12/10/85 CASE ASSIGNED                           12/10/85 1705
         FITZGERALD, RICHARD J.
12/10/85 MOTION TO SUBSTITUTE JUDGE                       S       2
         FITZGERALD, RICHARD J.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 85C01341602

TYRONE      STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 12/10/85 | DEFENDANT ARRAIGNED | |
| | FITZGERALD, RICHARD J. | |
| 12/10/85 | CASE ASSIGNED | 12/10/85 1706 |
| | FITZGERALD, RICHARD J. | |
| 12/10/85 | PUBLIC DEFENDER APPOINTED | |
| | SURIA JR., FRED G. | |
| 12/10/85 | CONTINUANCE BY AGREEMENT | 01/07/86 |
| | SURIA JR., FRED G. | |
| 01/07/86 | PUBLIC DEFENDER APPOINTED | |
| | RIZZI, DOM J. | |
| 01/07/86 | CONTINUANCE BY AGREEMENT | 02/11/86 |
| | RIZZI, DOM J. | |
| 02/11/86 | CONTINUANCE BY AGREEMENT | 03/27/86 |
| | SURIA JR., FRED G. | |
| 03/27/86 | CONTINUANCE BY AGREEMENT | 04/21/86 |
| | SURIA JR., FRED G. | |
| 04/21/86 | CONTINUANCE BY AGREEMENT | 05/19/86 |
| | SURIA JR., FRED G. | |
| 05/19/86 | CONTINUANCE BY AGREEMENT | 06/23/86 |
| | SURIA JR., FRED G. | |
| 06/23/86 | CONTINUANCE BY AGREEMENT | 07/09/86 |
| | SURIA JR., FRED G. | |
| 07/09/86 | CONTINUANCE BY AGREEMENT | 07/22/86 |
| | SURIA JR., FRED G. | |
| 07/22/86 | CONTINUANCE BY AGREEMENT | 08/07/86 |
| | SURIA JR., FRED G. | |
| 08/07/86 | CONTINUANCE BY AGREEMENT | 08/21/86 |
| | SURIA JR., FRED G. | |
| 08/21/86 | CONTINUANCE BY AGREEMENT | 09/23/86 |
| | SURIA JR., FRED G. | |
| 09/23/86 | CONTINUANCE BY AGREEMENT | 11/06/86 |
| | SURIA JR., FRED G. | |
| 11/06/86 | CONTINUANCE BY AGREEMENT | 12/02/86 |
| | SURIA JR., FRED G. | |
| 12/02/86 | CONTINUANCE BY AGREEMENT | 12/18/86 |
| | SURIA JR., FRED G. | |
| 12/18/86 | CONTINUANCE BY AGREEMENT | 01/15/87 |
| | SURIA JR., FRED G. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 003

PEOPLE OF THE STATE OF ILLINOIS

                          VS              NUMBER 85C01341602

TYRONE        STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

| | |
|---|---|
| 01/15/87 CONTINUANCE BY AGREEMENT | 01/16/87 |
| SURIA JR., FRED G. | |
| 01/16/87 CONTINUANCE BY AGREEMENT | 01/20/87 |
| SURIA JR., FRED G. | |
| 01/20/87 CONTINUANCE BY AGREEMENT | 01/22/87 |
| SURIA JR., FRED G. | |
| 01/22/87 CONTINUANCE BY AGREEMENT | 01/23/87 |
| SURIA JR., FRED G. | |
| 01/23/87 CONTINUANCE BY AGREEMENT | 01/26/87 |
| SURIA JR., FRED G. | |
| 01/26/87 CONTINUANCE BY AGREEMENT | 02/02/87 |
| SURIA JR., FRED G. | |
| 02/02/87 CONTINUANCE BY AGREEMENT | 02/05/87 |
| SURIA JR., FRED G. | |
| 02/05/87 MOTION TO SUPPRESS | D      2 |
| SUPRESS STATEMENTS | |
| SURIA JR., FRED G. | |
| 02/05/87 PLEA OF NOT GUILTY | |
| SURIA JR., FRED G. | |
| 02/05/87 CONTINUANCE BY AGREEMENT | 02/06/87 |
| SURIA JR., FRED G. | |
| 02/06/87 CONTINUANCE BY AGREEMENT | 03/04/87 |
| SURIA JR., FRED G. | |
| 03/04/87 CONTINUANCE BY AGREEMENT | 04/02/87 |
| SURIA JR., FRED G. | |
| 04/02/87 CONTINUANCE BY AGREEMENT | 05/26/87 |
| SURIA JR., FRED G. | |
| 05/26/87 CONTINUANCE BY AGREEMENT | 07/07/87 |
| SURIA JR., FRED G. | |
| 07/07/87 CONTINUANCE BY AGREEMENT | 08/17/87 |
| SURIA JR., FRED G. | |
| 08/17/87 CONTINUANCE BY AGREEMENT | 10/13/87 |
| SURIA JR., FRED G. | |
| 08/27/87 CASE ADVANCED | 08/27/87 1706 |
| SURIA JR., FRED G. | |
| 08/27/87 DEFENDANT NOT IN COURT | |
| SURIA JR., FRED G. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 004

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 85C01341602

TYRONE       STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

| | |
|---|---|
| 08/27/87 CONTINUANCE BY AGREEMENT | 09/28/87 |
|     SURIA JR., FRED G. | |
| 09/28/87 CONTINUANCE BY AGREEMENT | 10/30/87 |
|     SURIA JR., FRED G. | |
| 10/30/87 CONTINUANCE BY AGREEMENT | 11/30/87 |
|     SURIA JR., FRED G. | |
| 11/30/87 CONTINUANCE BY AGREEMENT | 01/04/88 |
|     SURIA JR., FRED G. | |
| 01/04/88 CONTINUANCE BY AGREEMENT | 02/05/88 |
|     SURIA JR., FRED G. | |
| 01/25/88 CASE ADVANCED | 01/25/88 1706 |
|     SURIA JR., FRED G. | |
| 01/25/88 CONTINUANCE BY ORDER OF COURT | 02/05/88 |
|     SURIA JR., FRED G. | |
| 02/05/88 JURY WAIVED | |
|     SURIA JR., FRED G. | |
| 02/05/88 CONTINUED BENCH TRIAL | 02/08/88 |
|     SURIA JR., FRED G. | |
| 02/08/88 CONTINUED BENCH TRIAL | 02/09/88 |
|     SURIA JR., FRED G. | |
| 02/09/88 MOTION DIRECT VERD OR FINDING | |
|     SURIA JR., FRED G. | |
| 02/09/88 DIR FINDING NOT GUILTY | |
|     SURIA JR., FRED G. | |
| 02/09/88 MOTION DIRECT VERD OR FINDING | |
|     DENIED AS TO ALL OTHER COUNTS | |
|     SURIA JR., FRED G. | |
| 02/09/88 CONTINUED BENCH TRIAL | 02/10/88 |
|     SURIA JR., FRED G. | |
| 02/10/88 FINDING OF GUILTY | C001 |
|     SURIA JR., FRED G. | |
| 02/10/88 FINDING OF GUILTY | C002 |
|     SURIA JR., FRED G. | |
| 02/10/88 FINDING OF GUILTY | C003 |
|     SURIA JR., FRED G. | |
| 02/10/88 FINDING OF GUILTY | C004 |
|     SURIA JR., FRED G. | |

*[Handwritten annotations in margins: "5 to the 10", "Bench Trial occured 1988 February", "Not guilty No forced entry", "Burglary", "Indictment", "of Indictment S (2)", "Malicious Prosecution! perpetrated by Daleo Strickland Daley's Office", "murder C001", "murder C002", "murder C003", "murder C004 (3)"]*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS　Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS　NUMBER 85C01341602

TYRONE　STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

02/10/88 FINDING OF GUILTY　*Murder*　C011382-1-A(3)
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Att murder*　C022
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Att murder*　C007　F
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Agg. Kidnapping*　C013
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Agg. Kidnapping*　C014
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Agg. kidnapping*　C015
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Agg. Kidnapping*　C016
　　SURIA JR., FRED G.
02/10/88 FINDING OF GUILTY　*Agg. kidnapping*　C017
　　SURIA JR., FRED G.
02/10/88 JGMT ON FINDING/VERDICT/PLEA　C020 *Unlawful*　F *Restraint Indictment.*
　　SURIA JR., FRED G.
02/10/88 FINDING OF NOT GUILTY　C005 *Residential Burglary not guilty no forced entry.*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C008 *Kidnapping*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C009 *Kidnapping*
　　SURIA JR., FRED G.　　　　　　　　　　　　　　　*15-years*
02/10/88 LESSER INCLUDED OFFENSE MERGED　C010 *Kidnapping*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C019 *Unlawful Restraint*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C020 *Unlawful restraint merged*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C021 *Unlawful Restraint*
　　SURIA JR., FRED G.
02/10/88 LESSER INCLUDED OFFENSE MERGED　C023 *Armed violence*　F
　　SURIA JR., FRED G.
02/10/88 BAIL REVOKED　　　　　　　　　　　　　1706
　　SURIA JR., FRED G.
02/10/88 CHANGE PRIORITY STATUS　　　　　　M
　　SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C01341602

    TYRONE        STRICKLAND

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

02/10/88 CONTINUANCE BY AGREEMENT                02/17/88
     SURIA JR., FRED G.
02/17/88 FINDING OF GUILTY                 C012
     SURIA JR., FRED G.
02/17/88 FINDING OF GUILTY                 C018
     SURIA JR., FRED G.
02/17/88 JGMT ON FINDING/VERDICT/PLEA                    F
     SURIA JR., FRED G.
02/17/88 PRE-SENT INVEST. (ORD,) CONTD TO ?            03/14/88 (1706)
     SURIA JR., FRED G.
03/14/88 MOTION DEFENDANT - NEW TRIAL                    D
     SURIA JR., FRED G.
03/14/88 JGMT ON FINDING/VERDICT/PLEA                    F
     SURIA JR., FRED G.
03/14/88 DEF SENTENCED TO DEATH            C001
     DEATH BY INJECTION
     SENTENCED TO DEATH
     SURIA JR., FRED G.
03/14/88 DEF ADVISED OF RIGHT TO APPEAL
     SURIA JR., FRED G.
03/14/88 PUBLIC DEFENDER APPOINTED
     APPOINTED ON APPEAL
     SURIA JR., FRED G.
03/14/88 M/D PETN FOR TRNSCT,COMLAW RCD                  S
     SURIA JR., FRED G.
03/14/88 CONTINUANCE BY ORDER OF COURT            03/21/88
     SURIA JR., FRED G.
03/21/88 JGMT ON FINDING/VERDICT/PLEA                    F
     SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC              C007
     CONSECTUTIVE
                30 YRS
     SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC              C012
     CONSECTUTIVE
                30 YRS
     SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 007

, PEOPLE OF THE STATE OF ILLINOIS

      VS       NUMBER 85C01341602

  TYRONE    STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

  I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

03/21/88 DEF SENTENCED ILLINOIS DOC    C013
  EACH COUNT CONC AND CONSECT TO SENT FOR AR AND ATT MURDER OF STUTZMAN
  *Concurrent* 15 YRS
  SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC    C014
  EACH COUNT CONC AND CONSECT TO SENT FOR AR AND ATT MURDER OF STUTZMAN
  *Concurrent* 15 YRS
  SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC    C015
  EACH COUNT CONC AND CONSECT TO SENT FOR AR AND ATT MURDER OF STUTZMAN
  *Concurrent* 15 YRS
  SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC    C017
  EACH COUNT CONC EACH OTHER AND CONSECT TO SENT FOR AR AND ATT MURDER OF S
  *Concurrent* 15 YRS
  SURIA JR., FRED G.
03/21/88 DEF SENTENCED ILLINOIS DOC    C022
  *CONSECUTIVE*
  30 YRS
  SURIA JR., FRED G.       *Edward Gross Lied / Perjured himself*
03/21/88 PUBLIC DEFENDER APPOINTED     *at Strickland's trial*
  ON APPEAL        *after he shot at me / Said it vica versa*
  SURIA JR., FRED G.       *Down town Chgo.*
03/21/88 M/D PETN FOR TRNSCT,COMLAW RCD   S   *Location*
  SURIA JR., FRED G.
03/21/88 MOTION DEFT - CONTINUANCE - MD    04/07/88
  *EXECUTION ORDER RE DEATH PENALTY SIGNED DATE 5-31-88*
  SURIA JR., FRED G.
04/07/88 ORDER OF CRT, STAY OF MITTIMUS    04/08/88 1706
  SURIA JR., FRED G.
04/08/88 PUBLIC DEFENDER APPOINTED
  SURIA JR., FRED G.
04/08/88 MOTION DEFT - CONTINUANCE - MD    04/15/88
  SURIA JR., FRED G.
04/15/88 MOTION DEFT - CONTINUANCE - MD    04/25/88
  SURIA JR., FRED G.
04/25/88 MOTION DEFT - CONTINUANCE - MD    05/05/88
  SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 008

. PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 85C01341602

TYRONE        STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

05/05/88 MOTION DEFT - CONTINUANCE - MD        05/19/88
    SURIA JR., FRED G.
05/19/88 MOTION DEFENDANT - NEW TRIAL
    SURIA JR., FRED G.                                          D
05/19/88 MOTION TO DISMISS INDICTMENT *Filed by Tyrone Pro se* D 85 4/15 752
    -¢--85C013416023->304    -éqõ3511706-ê¢2--- ---- ----          01 88141
    SURIA JR., FRED G.
05/19/88 CONTINUANCE BY ORDER OF COURT         05/20/88
    SURIA JR., FRED G.
05/20/88 LET MITTIMUS ISSUE/MITT TO ISS
    CT.REVIEWED MOTION,CAREFUL RULINGS & SET NEW EXECUTION DATE 8/1/88.
    SURIA JR., FRED G.
06/13/88 NOTICE OF APPEAL FILED, TRNSFR
10/18/90 SUPP TRAN PRO REC/FILE CLK OFF
10/19/90 SUPPL REC RECD BY APPL COUNSEL
10/22/90 SUPPL REC RECD BY APPL COUNSEL
    S.A.D
03/18/93 SUPP TRAN PRO REC/FILE CLK OFF
04/15/94 DEFENDANT IN CUSTODY
    SURIA JR., FRED G.
04/15/94 PRISONER DATA SHEET TO ISSUE
    SURIA JR., FRED G.
04/15/94 MOTION TO WITHDRAW AS ATTORNEY                    S      2
    VINCE FAWEITT      *Timothy (Kim Fabcette) a.k.a.*
    SURIA JR., FRED G.
04/15/94 APPEARANCE FILED
    SURIA JR., FRED G.
04/15/94 CONTINUANCE BY AGREEMENT             09/26/94
    SURIA JR., FRED G.            *James #3 Brickford #UTEL*    *MEMORANDUM =*
09/26/94 DEFENDANT ON BOND                                      *Was in death Row*
    SURIA JR., FRED G.        *#ames "D07553) oct.31.1999)*    *Unit, 'il oct.31.1999,*
09/26/94 DEFENDANT NOT IN COURT    *Com. ID.*                *pouts the 93 reward*
    SURIA JR., FRED G.
09/26/94 SPECIAL ORDER
    FILE FOR NEW EXTENSION TO FILE PC ALLOWED
    SURIA JR., FRED G.
09/26/94 CONTINUANCE BY AGREEMENT             01/18/95
    SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 009

‚ PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 85C01341602

TYRONE     STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

```
01/18/95 DEFENDANT IN CUSTODY
     SURIA JR., FRED G.
01/18/95 PRISONER DATA SHEET TO ISSUE
     SURIA JR., FRED G.
01/18/95 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
01/18/95 CONTINUANCE BY AGREEMENT              01/31/95
     SURIA JR., FRED G.
01/31/95 DEFENDANT IN CUSTODY
     SURIA JR., FRED G.
01/31/95 PRISONER DATA SHEET TO ISSUE
     SURIA JR., FRED G.
01/31/95 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
01/31/95 CONTINUANCE BY AGREEMENT              05/18/95
     SURIA JR., FRED G.
05/18/95 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
05/18/95 CONTINUANCE BY AGREEMENT              08/10/95
     SURIA JR., FRED G.
08/10/95 DEFENDANT IN CUSTODY
08/10/95 PRISONER DATA SHEET TO ISSUE
08/10/95 CONTINUANCE BY AGREEMENT              10/27/95
10/27/95 DEFENDANT NOT IN COURT
     IN I.D.O.C.
     SURIA JR., FRED G.
10/27/95 CONTINUANCE BY AGREEMENT              12/05/95
     SURIA JR., FRED G.
12/05/95 DEFENDANT IN CUSTODY
     SURIA JR., FRED G.
12/05/95 PRISONER DATA SHEET TO ISSUE
     SURIA JR., FRED G.
01/11/96 DEFENDANT IN CUSTODY
     SURIA JR., FRED G.
01/11/96 PRISONER DATA SHEET TO ISSUE
     SURIA JR., FRED G.
01/11/96 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 010

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C01341602

TYRONE      STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
01/11/96 CONTINUANCE BY AGREEMENT              03/12/96
         SURIA JR., FRED G.
03/12/96 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
03/12/96 CONTINUANCE BY ORDER OF COURT         05/16/96
         SURIA JR., FRED G.
05/16/96 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
05/16/96 CONTINUANCE BY AGREEMENT              08/28/96
         SURIA JR., FRED G.
08/28/96 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
08/28/96 CONTINUANCE BY AGREEMENT              10/30/96
         SURIA JR., FRED G.
10/30/96 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
10/30/96 CONTINUANCE BY AGREEMENT              12/03/96
         SURIA JR., FRED G.
12/03/96 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
12/03/96 CONTINUANCE BY ORDER OF COURT         12/16/96
         SURIA JR., FRED G.
12/16/96 CONTINUANCE BY AGREEMENT              01/14/97
         KAZMIERSKI, JOSEPH G. JR.
01/14/97 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
01/14/97 CONTINUANCE BY AGREEMENT              01/21/97
         SURIA JR., FRED G.
01/21/97 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
01/21/97 MOTION DEFT - CONTINUANCE - MD        02/24/97
         SURIA JR., FRED G.
02/24/97 DEFENDANT IN CUSTODY
         SURIA JR., FRED G.
02/24/97 PRISONER DATA SHEET TO ISSUE
         SURIA JR., FRED G.
02/24/97 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 011

, PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C01341602

        TYRONE        STRICKLAND

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

02/24/97 CONTINUANCE BY AGREEMENT                03/18/97
    SURIA JR., FRED G.
03/18/97 DEFENDANT IN CUSTODY
    SURIA JR., FRED G.
03/18/97 PRISONER DATA SHEET TO ISSUE
    SURIA JR., FRED G.
03/18/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
03/18/97 CONTINUANCE BY AGREEMENT                04/22/97
    SURIA JR., FRED G.
04/22/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
04/22/97 MOTION STATE - CONTINUANCE -MS          05/13/97
    SURIA JR., FRED G.
05/13/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
05/13/97 CONTINUANCE BY AGREEMENT                06/03/97
    SURIA JR., FRED G.
06/03/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
06/03/97 CONTINUANCE BY AGREEMENT                06/25/97
    SURIA JR., FRED G.
06/25/97 DEFENDANT NOT IN COURT
    DEFT. IN THE DEPT. OF CORRECTIONS
    SURIA JR., FRED G.
06/25/97 CONTINUANCE BY AGREEMENT                07/23/97
    SURIA JR., FRED G.
07/23/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
07/23/97 CONTINUANCE BY AGREEMENT                08/27/97
    SURIA JR., FRED G.
08/27/97 DEFENDANT NOT IN COURT
    SURIA JR., FRED G.
08/27/97 CONTINUANCE BY AGREEMENT                10/21/97
    DEFT. IN THE ILL DEPT OF CORR. ATTY DURANTE  IVEN LEAVE TO WITHDRAW
    SURIA JR., FRED G.
10/21/97 DEFENDANT NOT IN COURT
    DEFT IS IN THE ILL DEPT OF CORR
    SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 012

, PEOPLE OF THE STATE OF ILLINOIS

                    VS                NUMBER 85C01341602

TYRONE        STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

```
10/21/97 CONTINUANCE BY AGREEMENT          12/11/97
     SURIA JR., FRED G.
12/11/97 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
12/11/97 CONTINUANCE BY AGREEMENT          01/21/98
     SURIA JR., FRED G.
01/21/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
01/21/98 CONTINUANCE BY AGREEMENT          03/18/98
     SURIA JR., FRED G.
03/18/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
03/18/98 CONTINUANCE BY AGREEMENT          04/08/98
     SURIA JR., FRED G.
04/08/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
04/08/98 CONTINUANCE BY AGREEMENT          05/04/98
     SURIA JR., FRED G.
05/04/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
05/04/98 CONTINUANCE BY AGREEMENT          06/08/98
     SURIA JR., FRED G.
06/08/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
06/08/98 CONTINUANCE BY AGREEMENT          07/29/98
     SURIA JR., FRED G.
06/09/98 HEARING DATE ASSIGNED             06/16/98 1706
06/16/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
06/16/98 PREVIOUS ORDER TO STAND           06/08/98
     SURIA JR., FRED G.
07/29/98 DEFENDANT NOT IN COURT
     IN DEPT OF CORR
     SURIA JR., FRED G.
07/29/98 CONTINUANCE BY AGREEMENT          09/01/98
     SURIA JR., FRED G.
09/01/98 DEFENDANT NOT IN COURT
     SURIA JR., FRED G.
```

MEMO: Each month Some Attorney had to Appear to keep me from being Executed (mental Anguish)   1/1/2008

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 013

• PEOPLE OF THE STATE OF ILLINOIS

              VS              NUMBER 85C01341602

    TYRONE      STRICKLAND

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
09/01/98 CONTINUANCE BY AGREEMENT              09/10/98
      SURIA JR., FRED G.
09/10/98 DEFENDANT NOT IN COURT
      IN THE ILL DEPT OF CORR.
      SURIA JR., FRED G.
09/10/98 CONTINUANCE BY AGREEMENT              10/06/98
      SURIA JR., FRED G.
10/06/98 DEFENDANT NOT IN COURT
      IN ILL DEPT OF CORR
      SURIA JR., FRED G.
10/06/98 CONTINUANCE BY AGREEMENT              11/04/98
      SURIA JR., FRED G.
11/04/98 DEFENDANT NOT IN COURT
      SURIA JR., FRED G.
11/04/98 CONTINUANCE BY AGREEMENT              12/09/98
      SURIA JR., FRED G.
11/24/98 DEFENDANT NOT IN COURT
      SURIA JR., FRED G.
11/24/98 BEHAVIOR CLINIC EXAM ORDERED          11/24/98 1706
      SURIA JR., FRED G.
11/24/98 CONTINUANCE BY AGREEMENT              01/07/99
      SURIA JR., FRED G.
01/07/99 DEFENDANT NOT IN COURT
      SURIA JR., FRED G.
01/07/99 CONTINUANCE BY AGREEMENT              01/13/99
      SURIA JR., FRED G.
01/13/99 PRISONER DATA SHEET TO ISSUE
      SURIA JR., FRED G.
01/13/99 BEHAVIOR CLINIC EXAM ORDERED          01/13/99
      SURIA JR., FRED G.
01/13/99 CONTINUANCE BY AGREEMENT              02/19/99
      SURIA JR., FRED G.
01/20/99 DEFENDANT NOT IN COURT
      SURIA JR., FRED G.
01/20/99 CONTINUANCE BY AGREEMENT              01/28/99
      SURIA JR., FRED G.
01/28/99 DEFENDANT IN CUSTODY
      SURIA JR., FRED G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 014

. PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 85C01341602

TYRONE      STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
01/28/99 PRISONER DATA SHEET TO ISSUE
         SURIA JR., FRED G.
01/28/99 CONTINUANCE BY AGREEMENT              02/19/99
         SURIA JR., FRED G.
02/19/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
02/19/99 CONTINUANCE BY AGREEMENT              03/09/99
         SURIA JR., FRED G.
03/09/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
03/09/99 CONTINUANCE BY AGREEMENT              03/25/99
         SURIA JR., FRED G.
03/25/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
03/25/99 CONTINUANCE BY AGREEMENT              04/07/99
         SURIA JR., FRED G.
04/07/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
04/07/99 DEFENDANT IN CUSTODY
         SURIA JR., FRED G.
04/07/99 CONTINUANCE BY AGREEMENT              06/14/99
         SURIA JR., FRED G.
04/23/99 HEARING DATE ASSIGNED                 06/14/99 1706
         TO COMPEL PRODUCTION OF DOCUMENTS.
04/28/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
04/28/99 SPECIAL ORDER
         ORDER ENTERED AND CONTINUE.
         SURIA JR., FRED G.
04/28/99 CONTINUANCE BY AGREEMENT              05/14/99
         SURIA JR., FRED G.
05/14/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
05/14/99 CONTINUANCE BY ORDER OF COURT         06/14/99
         SURIA JR., FRED G.
06/14/99 DEFENDANT NOT IN COURT
         SURIA JR., FRED G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 015

PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 85C01341602

TYRONE        STRICKLAND

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

06/14/99 SPECIAL ORDER
        IN IDOC
        SURIA JR., FRED G.
06/14/99 CONTINUANCE BY AGREEMENT                  07/12/99
        SURIA JR., FRED G.
07/12/99 DEFENDANT NOT IN COURT (was at Menard) Death Row(
        SURIA JR., FRED G.
07/12/99 CONTINUANCE BY AGREEMENT                  08/05/99
        SURIA JR., FRED G.
08/05/99 DEFENDANT NOT IN COURT
        SURIA JR., FRED G.
08/05/99 CONTINUANCE BY AGREEMENT                  08/26/99
        SURIA JR., FRED G.
08/26/99 DEFENDANT NOT IN COURT
        SURIA JR., FRED G.
08/26/99 MOTION STATE - CONTINUANCE -MS            09/15/99
        SURIA JR., FRED G.
09/07/99 HEARING DATE ASSIGNED                     09/10/99 1706
        PHYSICAL EXAM. IN CAPITAL CASE
09/10/99 DEFENDANT NOT IN COURT
        SURIA JR., FRED G.
09/10/99 MOTION STATE - CONTINUANCE -MS            09/15/99
        SURIA JR., FRED G.
09/15/99 DEFENDANT NOT IN COURT
        SURIA JR., FRED G.
09/15/99 CONTINUANCE BY AGREEMENT                  10/06/99
        SURIA JR., FRED G.
10/06/99 DEFENDANT IN CUSTODY                                  10-31-1999
        SURIA JR., FRED G.                                     Y J H #0075531
10/06/99 PRISONER DATA SHEET TO ISSUE                          Tyrone Strickland
        SURIA JR., FRED G.
10/06/99 CONTINUANCE BY AGREEMENT                  11/22/99    From menard to
        SURIA JR., FRED G.          Cook Cant & Jail Writ
11/22/99 DEFENDANT IN CUSTODY       to Issue was Ordered 10/31/1999  From menard to
        SURIA JR., FRED G.
11/22/99 PRISONER DATA SHEET TO ISSUE                          2650 South California
        SURIA JR., FRED G.                                     Cook County Jail
                                                              Chicago Il 60608

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 016

· PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C01341602

     TYRONE        STRICKLAND

               CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
11/22/99 SPECIAL ORDER
      MOTION TO AFFIRM EXPERT HEARD AND DENIED
      SURIA JR., FRED G.
11/22/99 MOTION DEFT - CONTINUANCE - MD        12/08/99
      SURIA JR., FRED G.
12/08/99 DEFENDANT IN CUSTODY                  00/00/00
      SURIA JR., FRED G.
12/08/99 PRISONER DATA SHEET TO ISSUE          00/00/00
      SURIA JR., FRED G.
12/08/99 MOTION DEFT - CONTINUANCE - MD        01/31/00
      SURIA JR., FRED G.
01/31/00 DEFENDANT IN CUSTODY                  00/00/00
      SURIA JR., FRED G.
01/31/00 PRISONER DATA SHEET TO ISSUE          00/00/00
      SURIA JR., FRED G.
01/31/00 CONTINUANCE BY AGREEMENT              02/23/00
      SURIA JR., FRED G.
02/23/00 CONTINUANCE BY AGREEMENT              03/14/00
      CLAY, EVELYN B.
03/14/00 DEFENDANT IN CUSTODY                  00/00/00
      SURIA JR., FRED G.
03/14/00 PRISONER DATA SHEET TO ISSUE          00/00/00
      SURIA JR., FRED G.
03/14/00 CONTINUANCE BY AGREEMENT              03/24/00
      SURIA JR., FRED G.
03/24/00 DEFENDANT IN CUSTODY                  00/00/00
      SURIA JR., FRED G.
03/24/00 PRISONER DATA SHEET TO ISSUE          00/00/00
      SURIA JR., FRED G.
03/24/00 WITNESSES ORDERED TO APPEAR           00/00/00
      SURIA JR., FRED G.
03/24/00 MOTION DEFT - CONTINUANCE - MD        05/25/00
      SURIA JR., FRED G.
05/25/00 DEFENDANT IN CUSTODY                  00/00/00
      SURIA JR., FRED G.
05/25/00 PRISONER DATA SHEET TO ISSUE          00/00/00
      SURIA JR., FRED G.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 017

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 85C01341602

TYRONE        STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 05/25/00 CONTINUANCE BY AGREEMENT | 09/25/00 |
| SURIA JR., FRED G. | |
| 09/25/00 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/25/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/25/00 CONTINUANCE BY AGREEMENT | 09/26/00 |
| SURIA JR., FRED G. | |
| 09/26/00 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/26/00 SPECIAL ORDER | 00/00/00 |
| P/C  HRG. CONT. | |
| SURIA JR., FRED G. | |
| 09/26/00 CONTINUANCE BY AGREEMENT | 09/27/00 |
| SURIA JR., FRED G. | |
| 09/28/00 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/28/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/28/00 MOTION DEFT - CONTINUANCE - MD | 10/19/00 |
| SURIA JR., FRED G. | |
| 09/27/00 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 09/27/00 SPECIAL ORDER | 00/00/00 |
| P. C. HEARING | |
| SURIA JR., FRED G. | |
| 09/27/00 CONTINUANCE BY AGREEMENT | 09/28/00 |
| SURIA JR., FRED G. | |
| 01/03/01 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 01/03/01 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| SURIA JR., FRED G. | |
| 01/03/01 CONTINUANCE BY AGREEMENT | 02/06/01 |
| SURIA JR., FRED G. | |
| 02/06/01 DEFENDANT IN CUSTODY | 00/00/00 |
| SURIA JR., FRED G. | |
| 02/06/01 PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| SURIA JR., FRED G. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 018

` PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 85C01341602

        TYRONE       STRICKLAND

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

02/06/01 WITNESSES ORDERED TO APPEAR (PC)      00/00/00
         SURIA JR., FRED G.
02/06/01 MOTION DEFT - CONTINUANCE - MD        03/22/01
         SURIA JR., FRED G.
03/22/01 DEFENDANT IN CUSTODY                  00/00/00
         SURIA JR., FRED G.
03/22/01 PRISONER DATA SHEET TO ISSUE          00/00/00
         SURIA JR., FRED G.
03/22/01 SPECIAL ORDER                         00/00/00
         STIPULATION ENTERED AND FILED   (FC)
         SURIA JR., FRED G.
03/22/01 MOTION DEFT - CONTINUANCE - MD        03/29/01
         SURIA JR., FRED G.
03/29/01 DEFENDANT IN CUSTODY                  00/00/00
         SURIA JR., FRED G.
03/29/01 DEFENDANT FOUND FIT (Sane) (Sane)     00/00/00
         SURIA JR., FRED G.
03/29/01 SPECIAL ORDER                         00/00/00
         COURT FURTHER FINDS THAT TRIAL ATTORNEY ARE CO PETENT
         SURIA JR., FRED G.
03/29/01 POST-CONV PETITION DENIED       CALL       D        2
         SURIA JR., FRED G.
03/29/01 O/C FREE REPT OF PROCD ORD N/C        00/00/00
         SURIA JR., FRED G.
03/29/01 M/D PETN FOR TRNSCT,COMLAW RCD                 S    2  3/31/01
         DEFT. REMANDED TO I.D.O.C PER ORIGINAL ORDER              Transfered
         SURIA JR., FRED G.
04/20/01 NOTIFICATION SENT TO DEFENDANT        00/00/00
04/05/01 NOTICE OF APPEAL FILED, TRNSFR        00/00/00
04/24/01 NOTICE OF NOTICE OF APP MAILED        00/00/00
04/24/01 HEARING DATE ASSIGNED                 04/27/01 1713
04/27/01 PRIVATE ATTORNEY/APPEAL               00/00/00
         JED STONE failed to do so mob attorney For of mine.
         BIEBEL, PAUL JR.
04/27/01 FREE REPORT OF PRCDS DENIED           00/00/00
         BIEBEL, PAUL JR.  SWAL
04/27/01 MEMO OF ORDS & NOA PICKED-UP          00/00/00
         BIEBEL, PAUL JR.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 019

PEOPLE OF THE STATE OF ILLINOIS

     VS     NUMBER 85C01341602

TYRONE  STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

 I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
05/23/01 REPT OF PRCDS ORD FR CRT RPT         00/00/00
05/09/01 APPELLATE COURT NUMBER ASGND         00/00/00 91436
     SUPREME COURT NUMBER
10/30/01 TRANS PROC REC/FILED CLKS OFF        00/00/00
10/31/01 REPORT OF PROCEEDINGS PREPARED       00/00/00
11/01/01 COMMON LAW RECORD PREPARED           00/00/00
11/09/01 CLR RECD BY APP COUNSEL              00/00/00
     STATE APPELLATE DEFENDER
11/09/01 REPRT/PROCDS RECD BY APP ATTRY       00/00/00
     STATE APPELLATE DEFENDER
12/10/01 REPT OF PRCDS ORD FR CRT RPT         00/00/00
03/06/02 SUPP TRAN PRO REC/FILE CLK OFF       00/00/00
03/12/02 SUPPL REC RECD BY APPL COUNSEL       00/00/00
     STATE APPELLATE DEFENDER
03/11/02 SUPPL REPORT OF PRCD PREPARED        00/00/00
03/14/02 SUPPL REPORT OF PRCD PREPARED        00/00/00
04/04/02 SUPPL REC RECD BY APPL COUNSEL       00/00/00
     STATE APPELLATE DEFENDER
05/23/03 SPECIAL ORDER                        00/00/00 F      2
     COPY OF GRAND JURY MINUTES OF 12-13-85.
05/23/03 HEARING DATE ASSIGNED                05/29/03 1706
05/29/03 DEFENDANT NOT IN COURT               00/00/00
     SURIA JR., FRED G.
05/29/03 CONTINUANCE BY ORDER OF COURT        06/06/03
     SURIA JR., FRED G.
04/17/03 SPECIAL ORDER                        00/00/00
     SUPREME COURT ORDER ENTERED TRANSFERRING CAUSE TO APPELLATE COURT.
06/06/03 CONTINUANCE BY ORDER OF COURT        07/15/03
     SURIA JR., FRED G.
06/03/03 POST-CONVICTION FILED                00/00/00
06/03/03 HEARING DATE ASSIGNED                06/13/03 1701
06/13/03 CASE ASSIGNED                        06/13/03 1706
     WOOD, WILLIAM S.
06/13/03 CONTINUANCE BY ORDER OF COURT        07/15/03
     SURIA JR., FRED G.
07/15/03 DEFENDANT NOT IN COURT               00/00/00
     SURIA JR., FRED G.
```

*[Handwritten annotations:] Markfield Wouldn't give me a copy after I I asked him to retrieve them mob agent*

*[Handwritten annotation:] Judge*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 020

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 85C01341602

TYRONE        STRICKLAND

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

07/15/03 CONTINUANCE BY ORDER OF COURT          08/01/03
     SURIA JR., FRED G.
08/01/03 CONTINUANCE BY ORDER OF COURT          10/16/03
     SURIA JR., FRED G.

*last page*

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 09/30/03

_____
                DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY