UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

JAN 09 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Rev. Tyrone L. Strickland )
# NC8016 )
_____ )
            Plaintiff, )
                              )
      vs.                     )  No. 08-1010
                              )  (Supplied by Clerk)
Cook County )
Et Al )
_____ )
            Defendant(s) )

**JUDGE DOW**
**MAGISTRATE JUDGE BROWN**

**08 C 779**

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Rev. Tyrone L. Strickland, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe (I am entitled to redress.)

2. (I am unable to prepay) the fees and costs of this proceeding, or to give security, because of proverty.

3. I am (check one) Single ___ Married √ Separated ___ Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (√)

B. If so, by whom, what is your position, and what is your pay?

n/A
_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions? (2005) Approximately five months

Retro-X Apprentice Dixon Correctional Center P.O. Box 248, 2600 N. Brinton Ave 61021

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No ( ) If yes, describe each source and state how much you received.

_____

_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? None

I owe $1.66 in reimbursement payments to F.O.O. for postage Legal

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_Postage legal to be deducted in the future._
_This Credit regarding mail is for privileged mail only_

G. How much money do you have in private checking or savings accounts?

(None)

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (X)

If yes, describe the property and its approximate value:

N/A

I. Do you have any debts or obligations? Yes ( ) No ( )

If yes, list the amount owed, to whom, and any current payments that you are making.

_$1.66 F.D.O.C. postage legal future fnds. I owe at this time legal mail goes out free until DOC can pay it garnishment style._

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

(None)

K. Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributiions to them.

N/A

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Rev. Tyrone F.C. Strickland Pro Se_
SIGNATURE

_January 1, 2008_
DATE

2

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $_____ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securites to his credit according to the records of this institution:

_____

_____

_____

_____

_____

_____
(Authorized Officer)

_____
(Institution)

_____
(Title)

DATE_____

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

3

| | | |
|---|---|---|
| Date: 11/30/2007 | **Pontiac Correctional Center** | Page 1 |
| Time: 8:30am | **Trust Fund** | |
| d_list_inmate_trans_statement_composite | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 08/30/2007 thru End;   Inmate: N82016;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N82016 Strickland, Tyrone**                **Housing Unit: PON-SP-01-11**

| | |
|---|---|
| Total Inmate Funds: | .02 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 25.49 |
| Funds Available: | -25.47 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/25/2007 | 508913 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.31 |
| 06/08/2007 | 509924 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/10/2007 | 512458 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.31 |
| 07/30/2007 | 513974 | Disb | Library | 2 DOC: 523 Fund Library | $4.80 |
| 07/30/2007 | 514011 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 07/30/2007 | 514012 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.82 |
| 07/30/2007 | 514013 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 08/03/2007 | 514438 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/17/2007 | 515597 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/17/2007 | 515598 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/17/2007 | 515602 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/22/2007 | 516000 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/23/2007 | 516066 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/28/2007 | 516388 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 08/29/2007 | 516517 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/11/2007 | 517439 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.16 |
| 09/12/2007 | 517594 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 09/14/2007 | 517800 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/14/2007 | 517801 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/14/2007 | 517808 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/18/2007 | 518176 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 10/02/2007 | 519280 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 10/22/2007 | 520922 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 10/22/2007 | 520924 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/01/2007 | 521812 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/02/2007 | 521965 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |

Total Restrictions: $25.49

*Handwritten annotations:* Questions: Telephone Call (815) 843-3816 Cunningham Trust Office — (minus) not plus↑ 25.49 owe 31.66 will be garnished I owed — Credit to future funds

Page 1