E-FILED
Wednesday, 09 January, 2008  12:12:26 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 09 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Rev Tyrone F.C. Strickland,  )
    Plaintiff,  )
    vs.  )  No. 08-1010
Cook County ET AL.,  )
    Defendant(s)  )

**JUDGE DOW**
**MAGISTRATE JUDGE BROWN**

**08 C 779**

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Rev. Tyrone F.C. Strickland_, declare that I am the plaintiff in the above-entitled case. I further state that I am unable to afford the services of an attorney. I hereby request the court to appoint counsel to represent me in this case. Should the court grant the motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this case.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this lawsuit:

I have asked many Lawyers in the World Since 1989 Approximately, to assist. They only would help (somewhat) with my Circuit Court State litigation Criminal Court Division. 2650 South California. Chgo. Illinois Cook County Jail.6068 Courthouse up stairs

1/1/2008 Rev Tyrone F.C. Strickland

3. In further support of my motion, I declare that (check appropriate answer):

   ✓   I am not currently represented (and have not been represented previously) by an attorney appointed by this court in this or any other civil or criminal proceeding before this court.

   (NO)   I am currently (or previously have been) represented by counsel appointed by this court in the proceeding(s) described on the attached page.

4. In further support of my motion, I declare that (check appropriate answer):

_____   I have attached an original application to proceed in forma pauperis detailing my financial status.

_____   I already have been granted leave to proceed in forma pauperis; my previously filed application to proceed in forma pauperis is a true and correct representation of my current financial status.

_____   I previously filed an application to proceed in forma pauperis; however, my financial status has since changed. Attached is an amended application to proceed in forma pauperis that reflects my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

Rev. *[signature]* Tyrone J.C. Strickland
_____
Movant's Signature

700 W. Lincoln Street
_____
Street Address

Pontiac, Illinois 61764
_____
City/State/Zip Code

Date: January 1, 2008

10/94

2