



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

**FILED** TEL: 309.671.7117
FAX: 309.671.7120

**JAN 1 4 2008**

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

January 9, 2008

Re: Tyrone Strickland vs. Daley et al
#N82016
Case No. 08- 1010

Trust Fund Department
Pontiac Correctional Center
P. O. Box 99
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **July  9, 2007 through January 9, 2008,** within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

## 08CV 779
## JUDGE DOW
## MAGISTRATE JUDGE BROWN

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court

DATE: 1/14/8

cc: Inmate



RECEIVED
JAN 11 08
PCC TRUST OFFICE

Date: 1/11/2008                    **Pontiac Correctional Center**                                      Page 1

Time:  8:39am                              **Trust Fund**

d_list_inmate_trans_statement_composite          Inmate Transaction Statement

REPORT CRITERIA - Date: 07/09/2007 thru 01/09/2008;    Inmate: N82016;    Active Status Only ? : No;    Print Restrictions ? :
Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

### Inmate: N82016 Strickland, Tyrone                          Housing Unit: PON-SP-01-11

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.02 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341120 | | P/R month of 11/2007 | 9.07 | 9.09 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 525005, DOC - Library Copies,    Inv. Date: 12/07/2007 | -.05 | 9.04 |
| 12/12/07 | Disbursements | 90 Medical Co-Pay | 346320 | Chk #65375 | 509924, DOC: 523 Fund Reimburs, Inv. Date: 06/08/2007 | -2.00 | 7.04 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 508913, Pitney Bowes Bank, Inc, Inv. Date: 05/25/2007 | -1.31 | 5.73 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 512458, Pitney Bowes Bank, Inc, Inv. Date: 07/10/2007 | -1.31 | 4.42 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 514011, Pitney Bowes Bank, Inc, Inv. Date: 07/30/2007 | -1.65 | 2.77 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 514012, Pitney Bowes Bank, Inc, Inv. Date: 07/30/2007 | -1.82 | .95 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 514438, Pitney Bowes Bank, Inc, Inv. Date: 08/03/2007 | -.41 | .54 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 515597, Pitney Bowes Bank, Inc, Inv. Date: 08/17/2007 | -.41 | .13 |

| | |
|---|---|
| **Total Inmate Funds:** | .13 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 27.55 |
| **Funds Available:** | -27.42 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 07/30/2007 | 513974 | Disb | Library | 2 DOC: 523 Fund Library | $4.80 |
| 07/30/2007 | 514013 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 08/17/2007 | 515598 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/17/2007 | 515602 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/22/2007 | 516000 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/23/2007 | 516066 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 08/28/2007 | 516388 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.58 |
| 08/29/2007 | 516517 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/11/2007 | 517439 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $2.16 |
| 09/12/2007 | 517594 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.65 |
| 09/14/2007 | 517800 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/14/2007 | 517801 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/14/2007 | 517808 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 09/18/2007 | 518176 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 10/02/2007 | 519280 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 10/22/2007 | 520922 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |

REPORT CRITERIA  -  Date: 07/09/2007 thru 01/09/2008;   Inmate: N82016;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

### Inmate: N82016 Strickland, Tyrone

### Housing Unit: PON-SP-01-11

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/22/2007 | 520924 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/01/2007 | 521812 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/02/2007 | 521965 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 12/07/2007 | 525007 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 12/07/2007 | 525037 | Disb | Library | 2 DOC: 523 Fund Library | $1.50 |
| 12/07/2007 | 525038 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 12/07/2007 | 525039 | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 12/10/2007 | 525260 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 12/27/2007 | 527199 | Disb | Library | 2 DOC: 523 Fund Library | $2.65 |
| 12/27/2007 | 527200 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 12/27/2007 | 527201 | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 01/02/2008 | 527583 | Disb | Library | 2 DOC: 523 Fund Library | $0.20 |
| 01/03/2008 | 527644 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |

**Total Restrictions:**  **$27.55**

United States ⁀
Court Central District
of Illinois.

FILED

JAN 1 6 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

(6)

Strickland V Daley
etal

⎫
⎬
⎭

Case No.# 1:08cv-1010

SCANNED at PCC and E-Mailed
1-16-08 (date) by SE (initials)
2 (# of pages)

To: Chief Judge Baker
U.S. District Court
Central District of
Illinois for Urbana
Division 201 S. Vine
218 U.S. Courthouse

Prisoner Pilot
Program

January 16, 2008

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN

EGent letter
To Chief Judge

Dear Judge; Today at the Pontiac Library marte G. Spencer
Executive I, refused to Allow me to E-mail my main
Documents to My main Civil Rights Action case no.
1:08-cv-1010. with the Second deliberate intent to
Sabotage our pilot program he intends to start a
Flow of Grievances to SpringField. I marked my

From: Pro Se Plaintiff
Rev. Throma I.C. Strickland
# N-89016
P.O. Box 99
Pontiac Illinois 61764

Documents as Exhibits
he said that they
personal or not marked
Both a lie is he
Stare at my Evidence.



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL  61764 / Telephone: (815) 842-2816 / TDD: (800) 526-0844

DATE:        January 25, 2006

TO:          Offenders

FROM:        Mark G. Spencer
             Executive I

RE:          Copying of Exhibits

No copies will be made of personal documents.

Simply by marking a document as an exhibit does not make it a legal document.

The document must be accompanied by the motion, complaint, petition or other legal document and referenced within the document that it accompanies.

Documents which are marked as exhibits but not accompanied by the aforementioned pleadings and not referenced within the document will be considered to be personal documents and will not be copied.

**Other Events**
1:08-cv-01010-HAB-JAG Strickland v. Daley et al
22, PRISONER, PROSE, REFER

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 1/22/2008 at 8:37 AM CST and filed on 1/16/2008
**Case Name:**       Strickland v. Daley et al
**Case Number:**     1:08-cv-1010
**Filer:**
**Document Number:** 6

**Docket Text:**
**Letter from plaintiff to Chief Judge re: e-filing. (KB, ilcd)**

**1:08-cv-1010 Notice has been electronically mailed to:**

Scanning Project Pilot - Pontiac    michelle.r.clark@doc.illinois.gov, michelle.baggott@doc.illinois.gov

**1:08-cv-1010 Notice has been delivered by other means to:**

Tyrone J C Strickland
N82016
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=1/22/2008] [FileNumber=653991-0]
[9f9c2eae1d37c710dee9f4ced2cddf1fbf992206af4c7e63a36e16a2f988ea0fe3ba
cc9f6619c45870b8a57ad179cfbbc2e7821b2d0224e1bea8987a9c9ab7b0]]

SCANNED at PCC and E-Mailed
(date) by _SE_ (initials)
_18_ (# of pages)

UNITED STATES DISTRICT COURT 1-1708
CENTRAL DISTRICT OF ILLINOIS FOR
Urbana DEVISION 201 S. VINE ST
U. S. COURTHOUSE URBANA IL. 61801

Rev. Tyrone F.C. Strickland )
Plaintiff

—vs—                                    CASE NO. #1:08-cv-1010

Daley Et Al )
Defendant(s)

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN

FILED
L 7 2008
BINSON, CLERK
ICT COURT
RICT OF ILLINOIS

### SUPPORTING EVIDENCE BY THE PLAINTIFF

LAWYERS at Clemency hearing alleged COP abuse:

GO TO: http://www.chicagotribune.com/News/local/chi-031018clemency,
2063709. Story?: Coll=Chi % #Dnewslocal%0hed

October 18, 2008, 3:08 Pm CDT

Families Directed anger at RYAN

GO TO: http://www.chicagotribune.com/templates/misc/printstory.JSP?SlUg=
Chi % #Do31018186o...10/18/2008 . Story George Drohney, whose 16-Year-old
daughter Fran Downes Grove was raped & killed in a Downstate....
Macoupin County Cornfield 19-Years ago 10/18/2008. Is this the Reason
the plaintiff was ordered in case No.#85-C-13416 to pluck 5 pubic
hairs, when there was No Indictment alleging anything Sexual at all
in the plaintiffs case?

        (Family) Blasts clemency hearings.... Czech Sought the
death penalty for a Second time against the plaintiff (The state's
Attorney's Office of Cook County who's sought death in the first instant.
WEB CITE INTENET: AT: http://www.dailyherald.com/Cook/main-story.asp?
IN+IO=37547456      10/18/2008 3073 Sec.

Czech sought the death penalty again and She lied: See pg.3 & 3 above.
Statzman Shot Tyrone (me) he was not injured at all! Tyrone was not
apprehended with the gun Seargent William a.k.a. Bill had Said he was
Shot at Witness I, Tyrone F.C Strickland Nov. N.W.I. 2 Nov. 5, 1985 tried
to Surrender as did a Co-defendant to plaintiff case No.#85-C-13416 (1).
Please See: PEOPLE VESUS STRICKLAND 544 N.E. 31 758 Co-defendant
was Shot also By Bill, while trying to Surrender, his (driver) hands was up
open Palm left INDEX FINGER Shot By Bill!! (Tyrone) got Shot in the Chin
By Bill. Both through the windshield of the Suspects Auto Blue Ford Fairlane
To Secure 12/13/85 Indictment S (Grand Jury) Cook County #States Attorneys
FOOT NOTES:    used falsified evidence. Cook County States Attorney's
                                         Statement(s)

(1)

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=1/9/2008] [FileNumber=646750-0]
[5c978eab6e1324b20a2c9a2799cf01f70d2bcbc221b71a58ac71b2def61b2a0956ffd
a51ddd10656056e6f924768a13d777529cb579bab5c5aa783cb2b208c93]]

**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=1/9/2008] [FileNumber=646750-1]
[1fc22a16cd444f81f1196af97b18dbcd7dc2e761471d60aac007f261bd22af3ffb8ac
482d8204425392cb7c4a5f3e6fad552190043e8ee887f2e6cf5948d0872]]

*This is a re-generated NEF. Created on 1/14/2008 at 10:29 AM CST*

Reminder: Use of this system is strictly limited to State of Illinois business. Please review Illinois
Department of Corrections Administrative Directive 01.05.105 Use of Microcomputers.

Department of Corrections Administrative Directive 01.05.105 Use of Microcomputers.

## Clark, Michelle R.

**From:** ECF_Returns@ilcd.uscourts.gov
**Sent:** Monday, January 14, 2008 12:50 PM
**To:** ECF_Notices@ilcd.uscourts.gov
**Subject:** Activity in Case 1:08-cv-01010-HAB-JAG Strickland v. Daley et al Remark

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing.

### U.S. District Court

### CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered on 1/14/2008 at 12:49 PM CST and filed on 1/14/2008
**Case Name:**        Strickland v. Daley et al
**Case Number:**      1:08-cv-1010
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Remark:ALL NEF's re-generated to parties by clerk (HK, ilcd)**


**1:08-cv-1010 Notice has been electronically mailed to:**

Scanning Project Pilot - Pontiac    mclark@idoc.state.il.us, mbaggott@idoc.state.il.us

**1:08-cv-1010 Notice has been delivered by other means to:**

Tyrone J C Strickland
N82016
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764

---

Reminder: Use of this system is strictly limited to State of Illinois business. Please review Illinois

APPENDIX  PLAINTIFF(S)

EXHIBIT(S)

_____

EXHIBIT   3

DOCUMENT OF INJURY OF GUN_SHOT
WOUND TO FOOT INJURY

**CERMAK HEALTH SERVICES**
2800 S. California Ave. Chicago, Illinois 60608

# Out-Patient Progress Notes

NKA

Date-Hour

11/7/05  S = 2/10 Bm BP @ 110/70
10:30 pm  (F/U.

PAIN
+
Swelly

Eccy

Pain in foot
Shortly after
firing a gun
while in a car.
No Broken Skin

A. Blunt Trauma from Ricochet

P: X-ray to R/O Fx
Naprosyn 500 BID
XRChp

Strickland  Tyrone
Last Name    First Name

854 1575
Inmate Number

11/25/69
Date of Birth

ABO
Location

*Rev. Stricklands Exhibit*
*see The WFB for Results Please*
*Hobley etc.,*

http://www.chicagotribune.com/news/local/chi-021018clemency,0,2063709.story?coll=chi%
2Dnewslocal%2Dhed

# Lawyers at clemency hearing allege cop abuse

By John Keilman and Jeff Coen
Tribune staff reporters

October 18, 2002, 3:08 PM CDT

Attorneys for two Death Row inmates — one convicted of killing seven people in a South Side arson
fire, the other of slaying a Chicago man in an attempted robbery — sought pardons for their clients
today, arguing police beat them to try to get them to confess.

The arguments were made on the fourth day of clemency hearings before the state Prisoner Review
Board. The panel is holding hearings over nine days in Chicago and Springfield for 139 inmates slated
to be put to death in Illinois. It will make recommendations to Gov. George Ryan, who has it within his
power to commute the death sentences of some or all of the petitioners.

Lawyers for Madison Hobley, convicted in the arson case, and Stanley Howard, found guilty of killing a
man during a hold-up, contended their clients were innocent and victims of some of the most grievous
flaws of Illinois' death penalty system.

Police tortured both men, the attorneys said. They said an undocumented confession Hobley supposedly
gave was a fabrication, and a confession made by Howard was beaten out of him.

The attorneys also alleged that prosecutorial misconduct, unreliable witnesses and incompetent legal
defense doomed their clients' chances to exonerate themselves.

"This hearing is not a referendum on the death penalty," said Hobley's attorney, Andrea Lyon. "It's not
about whose politics are correct or right. It's about an innocent man."

Prosecutors in both cases vigorously disputed the allegations, and one review board member said he
thought police torture claims made by attorneys in earlier cases were unfounded.

"I have sincere doubts about the statements that were made about the conduct of the Chicago Police
Department," said board member Robert L. Dunne.

Meanwhile, at a review board hearing in Springfield, there were more harsh words for Gov. Ryan, who
has said he might commute the death sentences for all those facing execution due to flaws in the state's
criminal justice system.

"I'm just really mad that the governor is doing this to you and to all of us," said Vickie Doyle, the widow
of a man shot to death in the armed robbery of a Collinsville gas station in 1998. "It seems that one man
has all of our fates in his hands."

Doyle urged the state to deny the clemency petition of Turhan Lear, the man convicted of killing her
husband, Terry Doyle. The widow also accused the governor of hiding behind the review board.

"He's not here to hear these stories or to see me cry," she said.

Case 1:08-cv-00779    Document 9-5    Filed 02/05/2008    Page 15 of 24

Lear's attorneys argued there was no evidence Lear pulled the trigger in another homicide — during a second gas station armed robbery 10 days after Doyle's slaying — that led to the defendant's death sentence. Lear's co-defendant was given life in prison. Attorney Carol Heise likened that action to a life-or-death coin flip for the two men.

Assistant Atty. Gen. Lisa Hoffman called Lear's death sentence appropriate and said it had held up under appeal.

The Springfield panel also heard the petition of Andre Jones, convicted of the murder of three people in armed robberies 23 years ago in St. Clair County.

Joan Pantsios of the state appellate defender's office said there were a number of flaws in the trial that led to Jones' 1980 conviction. The death penalty had been reinstated in Illinois a little more than two years prior, and the attorneys and judge involved were too inexperienced to fairly handle a capital case, she said.

Additionally, Jones' defense attorney called no witnesses and presented no evidence at the defendant's sentencing hearing, Pantsios said.

Described by his lawyers as borderline mentally retarded, Jones had asked his counsel to offer nothing, Pantsios said — a questionable directive from a person with limited mental abilities.

"You don't sit there and put on nothing," she said. "You're the lawyer. It's your responsibility."

Prosecutor Jay Hoffmann said Jones' conviction and sentence had been reviewed and affirmed, including by the Illinois Supreme Court. He also called the ongoing clemency hearings only the latest "transparent" tactic by death penalty opponents.

*Copyright © 2002, Chicago Tribune*

---

# Improved archives!

**Searching Chicagotribune.com archives back to 1985 is cheaper and easier than ever. New prices for multiple articles can bring your cost as low as 30 cents an article:**
**http://chicagotribune.com/archives**

go through this again. But the family members would feel worse if we discovered after the fact that the wrong person had been executed for that crime."

Though Culloton noted that defense lawyers, not the governor, filed the clemency petitions, Ryan was brought into nearly every case.

*(was this Dalton's daughter?) Carol*

George Drobney, whose 16-year-old daughter from Downers Grove was raped and killed in a Downstate Macoupin County cornfield 17 years ago, pleaded with the governor not to grant clemency to Robert Turner, who was convicted of stabbing the girl to death as she begged for her life. Turner has asked for leniency on a claim of ineffective counsel.

*DNA?*
*public heirs ?*

"His days as governor are coming to an end, but his decision is going to live forever," Drobney said. *– 25 –* "Our pain will only go away when Robert Turner draws his last breath. Then and only then will my Bridget get peace."

Marketter Hampton said she had to explain to her children why she's still grappling with the case of Drew Terrell, convicted of sexually assaulting and killing her 15-month-old daughter on the West Side in 1985.

"How do you explain how a governor wants to reopen old wounds when you just started to heal?" she said. "It's not fair."

Board members have repeatedly apologized to victims' families for the pain the hearings are causing, and they have appeared less than sympathetic to most of the clemency petitions. *prejudiced minds because of other offenders*

*Adult* "This board is judging each hearing case by case," said board member Norman Sula at the end of testimony for Reginald Chapman, convicted in 1998 of murdering his former girlfriend, Angela Butler, and their 5-month-old son Christopher in a jealous rage.

In one case Thursday, however, a board member suggested a condemned inmate should have a new sentencing hearing.

Ulece Montgomery was given death in 1983 for the rape and murder of two elderly sisters, Pearl Briggs and Betty Tyson, in their Robbins home. His attorneys said the sentencing judge had reneged on a promise of leniency he had made to Montgomery's defense team during a meeting at which prosecutors were not present.

"I can see the evidence of guilt is overwhelming. But my concern is with the sentencing and possible impact of these conversations...," board member Arvin Boddie said. "They met and discussed something about the case and the other side wasn't present. It creates the appearance of impropriety even if nothing happened. It gives me pause when we have a death sentence." *(capital case)*

The nine days of clemency hearings in Chicago and Springfield are scheduled to wrap up Oct. 28.

*Copyright © 2002, Chicago Tribune*

# Improved archives!

Searching Chicagotribune.com archives back to 1985 is cheaper and easier than ever. New prices

http://www.chicagotribune.com/news/local/chi-0210180186oct18,0,4367583.story?coll=chi%2Dnewslocal%2Dhed

# Families direct anger at Ryan

## Governor blamed for stirring grief at clemency bids

By John Keilman, Tribune staff reporter. Tribune staff reporters Shia Kapos and Dave Heinzmann reported from Chicago and Jeff Coen from Springfield

October 18, 2002

Gov. George Ryan was the increasing focus of anger Thursday among prosecutors and victims' families and friends as clemency hearings continued for Death Row inmates.

Some blamed the governor for the emotional wounds reopened by their testimony, saying they were suffering because of Ryan's stated willingness to consider commuting the sentence of every condemned prisoner.

"I really wish that Gov. Ryan was sitting here before us, so he could see the hurt in these families, hear the words that they're speaking," said Sgt. Bill Stutzman of the Wheeling Police Department, whose fellow officer Kenneth Dawson was slain on the job in 1985. Ryan's absence "shows he has no intention of listening to these families. He's completely victimizing these families all over again."

Ryan's concerns over Illinois' death penalty system, which he expressed after 13 condemned inmates were exonerated, led him to issue a moratorium on executions in January 2000. His pledge to examine every Death Row case prompted defense attorneys for 140 condemned prisoners to file clemency petitions, wanting to be heard before Ryan leaves office next year.

It also convinced many that a blanket commutation is inevitable.

During the emotional, frequently disturbing hearings conducted by the Prisoner Review Board, which will make private clemency recommendations to Ryan, many family members of the murdered have questioned why they're bothering to speak. Others have decided to stay away entirely.

DuPage County prosecutor Michael Wolfe said he asked the woman who survived an attack by Edward Spreitzer, who was convicted of a horrifying rape and murder, if she wanted to speak during Spreitzer's clemency hearing.

"What's the point?" he quoted her as saying. "The governor is going to do what he's going to do. I'm not going to participate."

Ryan spokesman Dennis Culloton said Thursday that the governor has "great sympathy" for victims' family members, and that he was watching some of the proceedings on closed-circuit television. Culloton said Ryan has not attended any hearings because he doesn't want to give the impression that he favors any particular inmate.

Ryan "hasn't made up his mind," Culloton said. "He isn't sure what to do. The only thing he knows is this: We had a system that is broken at a variety of levels.... We're sorry that the family members have to

 

October 18, 2002

# Daily Herald

dailyherald.com

**Local News**
Cook County
DuPage County
Kane County
Lake County
McHenry County

**Illinois News**

**National/ World News**

**Business**
Columnists

**Classified**
Autos
Employment
Real Estate
Personals
Place an ad

**Sports**
Mike Imrem
Barry Rozner
More Columnists

**Prep Sports**
Columnists

**Entertainment**
TV Listings
Comics
Crossword
Horoscope

**Obituaries**

**Opinion/ Editorial**
Jack Mabley
Burt Constable
More Columnists
Letters

**Features**
Food
Health & Fitness
Homes
Suburban Living
Travel

**Resources**
EZ Links
7-Day Search
Archives Search
Photo Archives
Site Map

**Special Sect.**

**About Us**
Contact Us
Your TIPS
Home Delivery

## Family blasts clemency hearings

By Charles Keeshan Daily Herald Staff Writer

Posted on October 18, 2002

The family and co-workers of slain Wheeling police officer Kenneth Dawson blasted Gov. George Ryan Thursday for making them relive the police officer's murder through a clemency hearing ordered for his condemned killer.

"I believe George Ryan is a coward," Christine Dawson, the slain officer's daughter, told members of the Illinois Prisoner Review Board during the hearing for Tyrone



Linda Dawson

Strickland. "He (Ryan) doesn't have the foresight to realize what he's doing is an act of hubris. This is a travesty of justice."

The emotional hearing, one of nearly 140 Ryan ordered for Illinois' death row inmates, could lead to a commutation of the death sentence Strickland received after his conviction for murdering Dawson on Nov. 5, 1985.

A 15-year veteran of Wheeling's police force, Dawson was gunned down while confronting

burglary suspects in the village's Cedar Run

subdivision. Strickland, 38, of East Chicago Heights, was sentenced to death three years

later after a Cook County judge found him guilty

of charges he held a handgun ~~against~~ the 41-

year-old officer's chest and ~~fired a bullet~~ into his heart.

*False*

But now Dawson's family fears Ryan will overturn the sentence and allow Strickland to live the rest of his natural life behind bars.

"I can't see how, with a man this blatantly guilty, the governor wants to give him clemency," the officer's widow, Linda Dawson, said. "They said to us he was going to get the death penalty. We want it over."

The Dawson family's pleas, and their comments about Ryan, were echoed Thursday by two Wheeling police officers, including the victim's nephew, officer Joe Dawson.

*William*

Sgt. Bill Stutzman, who also came under fire *(who shot me T Frane as he tried to surrender 11/5/1985)*

from Strickland that night and later discovered Dawson's body, accused Ryan of playing politics with the families of murder victims.

"I really wish Governor Ryan was sitting here today and look in the eyes of the victims' families and see the hurt he's causing," Sgt. Bill Stutzman told *William* the clemency panel. "He's using these victims' families as pawns in this debate on the death penalty."

Ryan, who earlier in his term ordered a moratorium on carrying out death sentences, says he ordered the hearings to address inequities in how Illinois administers capital punishment.

*There appear to be two markefields one for the mob one for T Frane*

Strickland's attorney, assistant Appellate Defender Rob Markfield, told panelists Thursday his client may have been a victim of those inequities. Markfield said there are legitimate doubts about Strickland's guilt, even though he ~~admitted shooting~~ Dawson, and questions about the defendant's mental state at the time of the murder.

"If there's any doubt about his mental capacity, if there's any doubt about his culpability, his life should be spared," Markfield said *Tony Balony Fake to vogue* *whose side is that mobster bu?*

Reason for doubt, he said, includes testimony from four eyewitnesses who believed it was Strickland's older brother, Larry Strickland, who fired the fatal bullet into Dawson. *(Paula Daleo & David Erickson)* *Respondent's et al.*

However, Cook County prosecutors contend Larry Strickland was struggling with the officer when his younger brother retrieved a gun and shot Dawson. Larry Strickland is serving a life sentence for his role in the murder. *Was T Frane the fall guy (what happened here)?* *Wrongful Incarceration etc,*

Addressing the confession, Markfield said Strickland might have been covering for his older brother, who had previously served time for murder as a juvenile and had a violent record.

*They switched gears after I refused to take their demand to take stand to testify after not testify after four witnesses that four witnesses testimony & conspiracy against Larry strickland by the mob*

But Dawson's family, along with Assistant Cook County State's Attorney Marie Czech, scoffed at any claim Strickland is innocent. *Foul play*

*Caton 33 Between a Rock & a hardplace*

*[handwritten top margin: Czech said + death penalty, again and she lied ↓]*

"This is not a whodunit," Czech said. "Tyrone Strickland said 'I did it.'"    *[handwritten: wrongful incarceration examples]*

And that's not all he did that night, Czech told the clemency panel. After shooting Dawson, she said, Strickland fired several shots toward Stutzman while trying to escape the Wheeling subdivision. He and his brother later carjacked a Buffalo Grove man and two children at gunpoint before they were captured by Chicago police in another shootout.    *[handwritten right margin: false shot Tyrone, Stutzman not injured at crime, not arrested with said fired gun]*

"Every time Tyrone Strickland saw a uniformed police officer that night, he shot and he aimed to kill," Czech said.

*[handwritten left margin: I tried to, please see: People v. Strickland, 5 44 N.E. 2d 758, co-defendant shot also open palm left index finger driver, hands up at the time]*

Strickland's clemency bid also drew negative remarks from panel member Robert Dunne, who repeatedly noted that the condemned man has not once recanted his confession.

"You've brought all (Dawson's) relatives in to relive this when you don't even have a recantation of his confession," a frustrated Dunne told Strickland's lawyer.

Panel members will gather with several others meeting across the state this week and next on Oct. 31 and Nov. 1 to review the 139 death penalty cases and make final recommendations to Ryan. The governor holds the final say over the inmates' fate.

*[handwritten: too obvious CH]*

Hearings: Prosecutors point to confession

E-mail this story to a friend ◄
Print this story ◄
Return to Section Front ◄

Copyright © **Daily Herald**,
Paddock Publications, Inc.

Top | Home | Search | Site Map
Feedback | Privacy Policy | AP Copyright

*[handwritten bottom section:]*
(see Date: 12/3/1985) (Grand Jury minutes)

Grand Jury minutes    Cook County Clerks Courthouse Criminal Division
to secure indictments    Website www.cookcountyclerkofcourt.org.
State Attorney office
used false/forged evidence    no one would give me a legible copy in many years of appeals.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 003

PEOPLE OF THE STATE OF ILLINOIS

                        VS                  NUMBER 85C01341602

   TYRONE      STRICKLAND

           CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/15/87 CONTINUANCE BY AGREEMENT                 01/16/87
      SURIA JR., FRED G.
01/16/87 CONTINUANCE BY AGREEMENT                 01/20/87
      SURIA JR., FRED G.
01/20/87 CONTINUANCE BY AGREEMENT                 01/22/87
      SURIA JR., FRED G.
01/22/87 CONTINUANCE BY AGREEMENT                 01/23/87
      SURIA JR., FRED G.
01/23/87 CONTINUANCE BY AGREEMENT                 01/26/87
      SURIA JR., FRED G.
01/26/87 CONTINUANCE BY AGREEMENT                 02/02/87
      SURIA JR., FRED G.
02/02/87 CONTINUANCE BY AGREEMENT                 02/05/87
      SURIA JR., FRED G.
02/05/87 MOTION TO SUPPRESS                               D       2
      SUPPRESS STATEMENTS
      SURIA JR., FRED G.
02/05/87 PLEA OF NOT GUILTY
      SURIA JR., FRED G.
02/05/87 CONTINUANCE BY AGREEMENT                 02/06/87
      SURIA JR., FRED G.
02/06/87 CONTINUANCE BY AGREEMENT                 03/04/87
      SURIA JR., FRED G.
03/04/87 CONTINUANCE BY AGREEMENT                 04/02/87
      SURIA JR., FRED G.
04/02/87 CONTINUANCE BY AGREEMENT                 05/26/87
      SURIA JR., FRED G.
05/26/87 CONTINUANCE BY AGREEMENT                 07/07/87
      SURIA JR., FRED G.
07/07/87 CONTINUANCE BY AGREEMENT                 08/17/87
      SURIA JR., FRED G.
08/17/87 CONTINUANCE BY AGREEMENT                 10/13/87
      SURIA JR., FRED G.
08/27/87 CASE ADVANCED                            08/27/87 1706
      SURIA JR., FRED G.
08/27/87 DEFENDANT NOT IN COURT
      SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 85C01341602

     TYRONE        STRICKLAND

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/18/95 DEFENDANT IN CUSTODY
       SURIA JR., FRED G.
01/18/95 PRISONER DATA SHEET TO ISSUE
       SURIA JR., FRED G.
01/18/95 DEFENDANT NOT IN COURT
       SURIA JR., FRED G.
01/18/95 CONTINUANCE BY AGREEMENT              01/31/95
       SURIA JR., FRED G.
01/31/95 DEFENDANT IN CUSTODY
       SURIA JR., FRED G.
01/31/95 PRISONER DATA SHEET TO ISSUE
       SURIA JR., FRED G.
01/31/95 DEFENDANT NOT IN COURT
       SURIA JR., FRED G.
01/31/95 CONTINUANCE BY AGREEMENT              05/18/95
       SURIA JR., FRED G.
05/18/95 DEFENDANT NOT IN COURT
       SURIA JR., FRED G.
05/18/95 CONTINUANCE BY AGREEMENT              08/10/95
       SURIA JR., FRED G.
08/10/95 DEFENDANT IN CUSTODY
08/10/95 PRISONER DATA SHEET TO ISSUE
08/10/95 CONTINUANCE BY AGREEMENT              10/27/95
10/27/95 DEFENDANT NOT IN COURT
       IN I.D.O.C.
       SURIA JR., FRED G.
10/27/95 CONTINUANCE BY AGREEMENT              12/05/95
       SURIA JR., FRED G.
12/05/95 DEFENDANT IN CUSTODY
       SURIA JR., FRED G.
12/05/95 PRISONER DATA SHEET TO ISSUE
       SURIA JR., FRED G.
01/11/96 DEFENDANT IN CUSTODY
       SURIA JR., FRED G.
01/11/96 PRISONER DATA SHEET TO ISSUE
       SURIA JR., FRED G.
01/11/96 DEFENDANT NOT IN COURT
       SURIA JR., FRED G.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division 201 S. VINE #18
U.S. CourtHouse Urbana IL.61801

Rev. Tyrone F.C. Strickland                    )
Plaintiff
                                               )
            -vs-                               )        Case No.# 1:08-cv-1010
Daley Et AL                                    )
Defendant's
                                               )

NOTICE OF FILING

Scanning project Pilot-partial   mclark @idoc.state.il.us, mbaggott @
idoc.state.il.us

Case Name      Strickland V. Daley et al

Case Number    1:08-cv-1010

File           Rev. Tyrone F.C. Strickland # N-83016
               Pontiac max Library assistance E-mail Pilots.


CERTIFICAT OF SERVICE

TO: ECF_ Notices @ilcd.uscourts.gov
Subject activity in Case 1:08-cv-01010-HAB-JAG
                              Strickland v. Daley et al.

Pro Se;                 _____


Rev. Tyrone F.C. Strickland Pro Se
Plaintiff
P.O. Box 99
700 W. Lincoln St.
Pontiac Correctional center
Pontiac, Illinois 61764

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
FOR URBANA DIVISION 201 S. VINE
#218 U.S. CourtHouse URBANA IL. 61801

Rev. Tyrone F.C. Strickland          )
Plaintiff                            )        CASE No. #1:08-CV-1010
                                     )
              _VS_                    )
                                     )
Daley Et Al.                         )
Defendant(s)                         )
                                     )

## REQUEST FOR PRODUCTION OF DOCUMENT(S)

Now comes the Plaintiff the Rev. Tyrone F.C. Strickland, Pro Se
Pursuant to Sec. 42 U.S.C. § 1983 Action and Pursuant to
Rule 26.3 (A) Disclosure material F.R. CiV.P. 34. States as
Follows:

(1) This is a civil Rights Action and I am is the plaintiff Rev.
Tyrone F.C. Strickland #N-85016 (Pro Se);

(2) I request that the Cook County States Attorney's Office
Furnish me with a legible copy of my 12/13/1985 Grand Jury
Minutes. For Purposes of these legal Proceedings;

(3) I request that the Cook County States Attorney's Office
In The above-Entitled Case No. #1:08-CV-1010 also Furnish
Me the Plaintiff, A legible Certified Copy of the Twenty
Three Idictment (S) Procured by the State as a result
of the Grand Jury Proceedings: People V. Larry And Tyrone
Strickland  Case # No. 85-C-13416. 12/13/85. Proceedings etc.;

(4) Plaintiff Revo Strickland, Tyrone also request legible Copies
of Photos of Police Station - Line-up of Tyrone Strickland the
Plaintiff and Close-up Photos of Bullet injury 11/5/1985 - 11/6/1985
Evidence File of Cook County States Attorneys Office. I'd
Sustained a Bullet wound to my Face (chin) area on night
I was apprehended by Chicago Police. Sontzman had Shot me, A
Defendant in this Case.

(5) Lastly I request a Copy of the Negative Forensic - results of
the 25-Plucked Pubic hair testing Documents. Case No. #85-C-13416.
Which had been Requested by David Erickson & Daleo States Attorney's to
Court Room #602 Judge Fred G. Suria Approximately during Discovery.

Rev. Tyrone F.C. Strickland, Pro Se #N-85016
          PLAINTIFF.