**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
FEB 0 5 2008  NH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | TYRONE JC STRICKLAND | **Defendant(s):** | RICHARD M. DALEY, etc., et al. |
| **County of Residence:** | LIVINGSTON | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Tyrone JC Strickland
N-82016
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 779
JUDGE DOW
MAGISTRATE JUDGE BROWN

**Origin:**
- [ ] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [✓] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*  **Date:** 02/05/2008