TO: Michael W. Dobbins
U.S. Dist. Ct. Clerk
Northern Dist. of IL.
20th floor
219 South Dearborn
Chicago Illinois
60604

U.S. Dist. Ct.
Northern Dist. of
Illinois
219 South Dearborn
20th floor
Chgo. IL. 60604

**FILED**
FEB 20 2008
Feb 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Posting Document
Letter to the Clerk

Rev. Tyrone I.C. Strickland
N-89016      Pro Se
P.O. Box 99
700 West Lincoln St.
Pontiac, IL. 61764

RE: Strickland v. Daley et al
Case Number: 08-C-0779

Feb. 14, 2008

Dear Clerk,

I acknowledge that my venue has been changed from the Central District of Illinois to the Northern District of Illinois Chgo. IL. 60604 and that I have a new number for the docket there in Chicago Feb. 11, 2008. & I have a copy of the letter of Jan. 2008, &nd, where you stamped Received Feb. 05. 2008 Michael W. Dobbins Clerk of U.S. District Court. My old number was 1.08-cv-01010 of the Central dist. U.S. Dist. Ct. Peoria IL 61602 Clerk Pamela E. Robinson Deputy Clerk B/K. Burns.

I have some questions, (1) Will I be allowed to use the electronic filing system "Scanning Project Pilot"? Automated e-mail message system generated by the CM/ECF. etc., Computer Filing Program?

(2) Will you please send me a full copy of the Civil Rights action Section 42 U.S.C. § 1983 that I filed with the appropriate period now fixed thereupon?

(3) Recently the news was that a class action was won by prisoner's there at Northern dist. Stanley Howard & Leroy Orange etc., with some of same contents to my current civil rights action police brutality at area 1 headquarters, 51st Wentworth etc. Police Station torture, confessions forced or coerced. Settlement was more than 4 million I hear, therefor there was no case to purchase from the law library today 2/14/08 to read it to help my self here possibly for I am Pro Se. I don't know there, Docket Number it should be with you may I ask to