

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *Rev. Jerome F.C. Strickland, # N-83116*
(Please print)

STREET ADDRESS: *700 West Lincoln Street / P.O. Box 99 Pont. C.C.*

CITY/STATE/ZIP: *Pontiac IL, 61764*

PHONE NUMBER: *Telephone: (815)842-2816 Pont. C.C. Pub.*

CASE NUMBER: *USDC No: 1:08-cv-00779 (C08C 0779)*

_Rev. Jerome F.C. Strickland # N-83116_   _2/21/2008_
Signature                                  Date

**FILED**
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 26 2008