MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**
APR 24 2008
4-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Tyrone I.C. Strickland
Rev. Plaintiff

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08 cv 779

vs.

Case No: 1:08-cv-00779
(To be supplied by the Clerk of this Court)

Richard M. Daley, David A. Erickson,
Paula Daley, Mark Rackozy, William
Hubner, Edward Gross, William Stuckman
and Lucile Czech; The County
of Cook of the State of Illinois
et al., 28 U.S.C. §1391(b)

Assigned to: Honorable Robert M. Dow Jr.
Nature of Suit: 550 Prisoner: Civil Rights
Venue: Jurisdiction 28 U.S.C. §93(c)

Plaintiff request Service of Summons
pursuant to Fed. R. Civ. Proc. 5(d)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        **AMENDED COMPLAINT**

  ✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

  ___   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

  ✓     OTHER (cite statute, if known) Venue/Jurisdiction 28 U.S.C. §1404(a) [S.H.A. 50 ILCS]705/
6.1 Decertification of full & part time Police Officers while under oath knowingly/willfully made
false statements as to a material fact during homicide proceeding & I request investigations.

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Tyrone Joshuah Christmas Strickland

   B. List all aliases: Reverend

   C. Prisoner identification number: Registered at no# N-82014

   D. Place of present confinement: Pontiac Correctional Center 700 West

   E. Address: Lincoln St p.o. Box 99, Pontiac Illinois 61764

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.) N/A

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.) : D, E, F, G, & H. Eight (8tt(s)),

   A. Defendant: Richard M. Daley (312) 603-5496

      Title: Former States Attorney of Cook County;

      Place of Employment: 300 Daley Center, Chgo, IL 60602

   B. Defendant: David A. Erickson (312) 603-5496

      Title: Former States Attorney Special Assistant, County County;

      Place of Employment: 300 Daley Center, Chgo, IL 60602

   C. Defendant: Paula Daleo (312) 603-5496

      Title: Former States Attorney Special Assistant, County County;

      Place of Employment: 300 Daley Center, Chgo, IL 60602

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

additional defendant(s) . . . . .

    D.    Defendant: Mark Mackezy
         Title: Former States Attorney
         Place of Employment: 300 Daley Center, Chgo. Illinois 60602;

    E.    Defendant: William Hubner
         Title: Officer
         Place of Employment: Wheeling Police Dept. Wheeling Illinois

    7.    Defendant: Edward Gross
         Title: Officer
         Place of Employment: Chgo. Police Dept. 1121 S. State Chgo Il 60605

    G.    Defendant: William Statzman
         Title: Officer Sergent Bill a.k.a.
         Place of Employment: Wheeling Police Dept. Wheeling Illinois

    H.    Defendant: Marie Czech
         Title: Assistant States Attorney
         Place of Employment: Assistant States Attorney Office
                                  Cook County

Service List

represented by Prisoner Correspondence -
Internal Use Only
Email:
Prisonl_ILND@ilnd.uscourts.gov
ATTORNEY TO BE NOTICED

Strickland, Pro Se Pla.

3 1/2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Strickland v. Jones 28 U.S.C. 2254, 2241(c)(3) Incorporated Habeas Corpus #1:07cv1329

B. Approximate date of filing lawsuit: November, 07, 2007 Approx.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A Ren. Tyrone J.C. Strickland p. Jones Warden et al. Eddie Jones Warden

D. List all defendants: Warden Jones et al. N/A Eddie Jones Habeas Petition

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist. Court Central District of Illinois Peoria.

F. Name of judge to whom case was assigned: The case was assigned to Judge Biny Joe McDade.

G. Basic claim made: Actual Innocence Claims et al, Sentenced Consecutively Bogusly, was Shot while trying to Surrender by Officer Stutzman in the Face

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: Unknown (Soon Possibly)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

\* For other Lawsuits See 3½ page herewith

List of Lawsuits Continued here. Which were filed in any State or Federal Court in the United States:

J. Name of Case & Docket Number: Strickland v. Blagojevich et al 1:07-cv-01073 HAB JAG pilot project E-mails

K. Approximate date of filing lawsuit: March 23, 2007 Approx.

L. List all Plaintiffs (if you had Co-Plaintiffs), including any aliases: N/a  I'm the Sole pro Se litigant

M. List all defendants(s) Defendants(s): Blagojevich, Roger E. Walker Jr. Warden Eddie Jones, Guy Pierce, Dr. Dennis Larson, M.D. Dr L. Zhang M.D. and Dr. Kada M.D.

N. Court in which lawsuit was filed: U.S. District Court for the Central District of Illinois Peoria.

O. Name of Judge case was assigned: Harold A. Baker Presiding

P. Basic Claim made: Tort liability by knowledged acquiescence + deliberate difference deliberate Indifference to serious health needs.

Q. Disposition of this case: Pending

R. Approximate date of disposition: UNKNOWN

S. Name of Case & Docket Number: Strickland v. Dunigan

T. Approximate date of filing lawsuit: 1986-87 Approximately

U. List all plaintiff(s) i.e. aliases etc. None, Just me Strickland, Tyrone

V. List all defendant(s): Captain Dunigan & Supt. Sullivan Phelpere

W. Court in which lawsuit was filed:

X. Name of Judge (UNKNOWN)

Y. Basic Claim: I'd been pushed down some stairs County Jail. By Captain Dunigan

Z. Disposition   Lost    Approx. 1987

Approximate date of disposition was back in 1987.

Foot Note: There was one other lawsuit I filed in Danville 1991-1994 Case# No 90-2280; Appealed Oct. 2. 1995 Supreme Court denied mandamus Case# No 94-9239 Livingston County. Case was before Magistrate Robert J. Kauffman/Chief Judge Harold A. Baker For: violations of civil rights... Was basic claim (Appealed) lost.

3 1/2

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Grievances are Not Needed for me to proceed in Suit against the State, County, public officials-acting under Color of State laws Acts & Omissions Sufficiently harmful to evidence were Committed by defendant/respondent(s) which are Jointly liable, (Joint-liability claim) Submitted here & Now; Conspiracy Claim—in that in the Name of the people of the State of Illinois tried to legally murder me through the Death Penalty in Cook County Illinois— organized Crime Conduct against me; also in that Head State Attorny 1985-86-87-88 to & beyond my Subsequent Sentence of death in 1988... Richard M. Daley, who later became Mayor of Chicago, His office assigned Special prosecutor's David Erickson & Paula Daleo Cook County prosecutors & sought the death Penalty after violations of my Due Process Rights of law, & Equal Protection of law rights were Violated; Cruel & Unusual Punishment ensued 5, 14, & 8th Amendment(s), The Fatally Defective Charging instrument— Indictment(s) (23) when it was only (8) So-called Criminal Actions the Defendant/officials acted with deliberate indifference to my Welfare & to my right to be free from Cruel/unusual Punishment. etc.

*Estelle v. Gamble Supra 429 U.S. at 104, 97 S.Ct. at 291*

*Jones v. Morris 777 F.2d 1277, 1280*

---

Foot Note: officials under oath wilfully made false statement(s) during a homicide proceedings. See Grand memo: Jury Minutes

Knowledge & Acquiescence, mayor (Richard M. Daley) of Capital Case—Indictment Information— His Name is thereupon.

I was tortured at police Station personally by States Attorney Mark Rackozy & Officer William Hubner 1st District police Station Cook County of Chicago Illinois during Interrogation; I was Bleeding from the Chin from a Bullet Wound caused by Sgt. William Stutzman of Wheeling police Force November 5th 1985. I still Suffer Mental Anguish today etc.,

Officer Edward Gross shot at me that same night; later perjuring himself/saying that I had shot at him; claim Reckless Endangerment in the Criminal sense. False Testimony at my trial made it a conspiracy to murder me while acting under color of State Law, (I was facing the death Penalty). I was later sentenced to 30 years cause of him; when the gun I was arrested with was fully loaded... acts & omissions sufficiently harmful to Evidence Estelle, Walsh v. Mellas 837 F.2d 789 then on appeal 733 F.2d 173. This Civil Rights Action is not subject to Exhaustion of State Remedies 42 Section 1983 U.S.C.A. Rodriguez v. McGinnis, 456 F.2d. 79, 80 (1973). Edward Gross shot at me on Congress & State down town Chicago 11/5/1985; Testified in 1988 that I had shot at him Judge Sentenced me to 30-years for his testimony. That is Reckless & downright Criminal Conduct.

Foot Note: place of occurrence officer William Stutzman Shot me was Wheeling Cul-de-Sac 1985 the 5th date through Windshield of Car I was in.

(5)

Revised 9/2007

This is a case of mistreatment, the infliction of suffering on prisoners can be found to violate the Eighth Amendment. And in this case the infliction is deliberate and reckless in the criminal sense. Each defendant is involved. Cook County prosecutors i.e. Cook County States Attorney's (former) Richard M. Daley; Paula Daley, David Erickson, Marie Czech, & Mark Cachor engaged in a malicious prosecution against me & are jointly liable by knowledge & acquiescence of my wrongful incarceration during his or her tenior as States Attorney's 1985-1988 etc, failure to change the bad & fatally defective indictment's (23) in all (alleging alternative theories) officials acted with deliberate indifference to my welfare, acts & omissions were sufficiently harmful to the evidence of my Due Process rights & Equal Protection of Law 5-14 & 8th Amend. Erickson & Daley followed Practice & Procedures of Daley's office. The Grand Jury foreman brought a "True-Bill" 12/13/1985. For eight alleged offences, for eight alleged victims & the herein States Attorney's office "Acted in bad faith" added 15 additional indictments.

1999-2001-2007 to present, Marie Czech kept up the injustices & is an accomplice to my being held under "wrongful incarceration" 10/18/2002 she stated "this is not a whodunit." Czech said Tyrone Strickland said I did it." Quote; see quote Daily Herald Chicago's Information Source, etc.

Foot notes: 12-13-1985 while under oath
Hubans & or Stutzman perjured themselves before Grand Jury in Homicide proceeding for the plaintiff of which there is no statute of limitation when a homicide is involved.

5 $\frac{1}{8}$

5%

Continued...

Czach told the Illinois Prison Review Board Panel (Claude) as I was up for a review to get clemency; note I'd been wrongfully convicted in the first place. It was 10/18/2002, that was "reckless endangerment in the criminal sense" "Deliberate Indifference to my Welfare," & my right to be free from cruel & unusual punishment 8th Amend. Violations, 5 & 14 to due process of law violations.

11/5/1985 - 11/6/1985 Hubner and Rackozy Tortured me 8 Amend. Violations during Police interrogation 1st Dist. Police Station Pressuring my injured right foot etc, at Area One Headquarters @ 51st & 14th. Amend. Right Violations also... My incarceration & detention therefore has been invalid. I hyperventilated after being Stomped by an officer while handcuffed to a wall also (his name) I don't know. Unlawful Incarcerations: "Reckless Endangerment" in the Criminal Sense "Conspiracy & Joint liability". Rackozy Scrupulously honored my right to remain Silent; ignored Miranda Warnings. "Deliberate Indifference" arose to my serious medical needs Bullet wound to my chin; (shot by officer Stutzman) 11/5/1985; And a wound to my right foot (accidental discharge); Both Hubner & Rackozy put pressure on my painful foot during interrogation on night of Plaintiff's arrest 1st Dist. Pol. Dept. "Reckless Endangerment" The wrongful incarcerations resulted in me being wrongfully convicted. Officer Edward Bass had shot at me I testified that it was I who shot at him testified to in this capital case falsely acts & omissions was harmful to evidence Estelle v. Gamble Jones v. Morris 777 F2d. 1277, 1280 429 u.s. at 104, 97 S.Ct. at 291

Foot Note: I had not shot at the officer Bass ever!

5½ Concluded here

Page 5½ Statement of Claim: <u>Additional Page.</u>

GROUNDS: THE FOLLOWING OCCURRENCES VIOLATED THE PLAINTIFF'S CONSTITUTIONAL RIGHTS; FOURTH, FIFTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION...

1. Upon my arrest I was taken to 1st District Police Department I'd already had two injuries, the right foot due to an accidental discharge of a 9mm, & an injury to my chin. (Shot by Officer William Stutzman) (WHILE TRYING TO SURRENDER. Denied legal counsel also I was stomped in the chest by an officer to point of hyperventilation. U.S.C.A. Const. Amends. 5, 6, 8, and 14;

2. Transported to area one headquarters, chin still bleeding not having recieved any stitches, I did ask for a Lawyer & a Doctor & was told, if you talk to us we'll get you help, and a Lawyer. State Attorney Mark Rackozy & Officer William Hubner tortured defendant/ the plaintiff by putting pressure on <u>my</u> foot during the course of interrogation. U.S.C.A. Const. Amends. 4, 5, 6, 8, & 14;

3. Officer William Hubner in Cahoots with the prosecution took misconstrued & falsified statements out of Plaintiff & co-defendant Larry (which had been later suppressed): BEFORE THE GRAND JURY Hubner then testified to secure alternative theory indictments. States Attorney Richard M. Daley's programs ended up with 23 Indictments rather than approx. 8. U.S.C.A. Const. Amend 5, 6, 8, 14;

4. The Grand Jury foreman brought back a "true bill" for Eight alleged offenses, & the Special Prosecuting Attorney's Paula Daleo and David Erickson. <u>ACTED IN BAD FAITH</u>; Adding fifteen additional charges, charging me with multiple counts of murder when there was only one alleged murder victim, the State asserted alternative theories against myself & Larry. U.S.C.A. Const. Amends. 5, 8, & 14.

5. The Court <u>ordered</u> during <u>Discovery over defense objections</u> (Plaintiff) Strickland, <u>THE PLUCKING OF 25-PUBIC HAIRS</u>, at Erickson & Daleo's behest after which Plaintiff had to submit 25-pubic hairs to medical personnell from our private area. WHEN THERE WAS NO rape charge in ANY indictments, was cruel & inhuman. And a States Witness was allowed to testify that she'd been searching for her missing daughter for days. CLAIMED THAT SHE'D OBSERVED A DEFENDANT IN MY CASE. U.S.C.A. Const. Amends 4, 5, 8, & 14. See:
Foot note: PEOPLE v. MOBLY 183 Ill. 2d 404, 413, 691 N.E.2d 313, 328 (1998). Police misconduct Proven. United States v. Agurs, 427 U.S. 97 (1976) witness told prosecutor defendant was definitely not the shooter. No Eyewitness. Foot note: Larry Strickland <u>was</u> my <u>Co-defendant before severence/1988.</u>

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek punitive damages of ten million dollars from the County States Attorney's Office; and the 23 indictments to be now dropped by the County Prosecutions Office ordered by this Court. From Sargeant William Stutzman 25,000 for shooting etc. From Edward Gross 25,000 for at me etc., stated herein reasons. Marte Markozy suing him for one million dollars he also Hubuck same. From Marie Czech the Court to order her to pay me five thousand dollars.

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _17th_ day of _April_, 20_08_

Rev. Tyrone J.C. Strickland N#83016 Pro Se
(Signature of plaintiff or plaintiffs)

Rev Tyrone Joshuah Christmas Strickland
(Print name)                    N#83016 pro se

Reg. at No.#N-83016
(I.D. Number)

P.O. Box 99, Pontiac Correctional Center
700 West Lincoln Street
Pontiac Illinois 61764
(Address)