# United States District Court
## Northern District of Illinois
### Eastern Division

STRICKLAND                                        **JUDGMENT IN A CIVIL CASE**

           v.                                                           Case Number: 08 C 779

DALEY, e t al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's amended complaint is dismissed. 28 U.S.C. § 1915A. The dismissalofthe amended complaint counts as one of Plaintiff's three allotted strikes. 28 U.S.C. § 1915(g).

Michael W. Dobbins, Clerk of Court

Date: 6/2/2008                                         _____

/s/ Theresa B. Kinney, Deputy Clerk